## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SingularDTV GmbH **Plaintiff,** -v- Zachary LeBeau and Kimberly Jackson **Defendant.** | Case No. 1:21-cv-10130 **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for SingularDTV GmbH (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

SingularDTV GmbH has no parent corporation, and no public corporation owns 10 percent or more of its stock.

**Date:** November 29, 2021

/s/ Benjamin J. A. Sauter
**Signature of Attorney**

**Attorney Bar Code:** 4691515

Form Rule7_1.pdf   SDNY Web 10/2007