# EXHIBIT 3



# INVOICE

| | |
|---|---|
| Invoice No.: | E0500EG0SA |
| Order ID: | f64aa39d-9df2-46ff-81f1-99831945aaac |
| Billing Month: | 04/2021 |
| Customer P.O No.: | |
| Document Date: | 28.04.2021 |
| Customer Service: | https://portal.microsoftonline.com/Support/ContactUs.aspx |

**Bill To: 6303680838**

SingularDTV
Gartenstrasse 6
6300 Zug Zug
Switzerland
Attn:Zachary LeBeau

**Sold To: 6303680838**

SingularDTV
SingularDTV,GmbH
Gubelstrasse 11
6300 Zug Zug
Switzerland
Attn:Equinox  Admin

**Service Recipient: 6303680838**

SingularDTV
SingularDTV,GmbH
Gubelstrasse 11
6300 Zug Zug
Switzerland
Attn:Equinox  Admin

**Balances, Payments & Credits**
| | |
|---|---:|
| Previous balance | 278.19 |
| Payments | -278.19 |
| Post Bill and AR adjustments | 0.00 |
| **Total Balances, Payments & Credits** | 0.00 |

**Current Charges**
| | | |
|---|---:|---|
| Recurring charges | 258.30 | |
| Discounts | 0.00 | |
| Other products & services | 0.00 | |
| Miscellaneous Adjustments | 0.00 | |
| **Total Pre-Tax Charges** | 258.30 | |
| Total Tax | 19.89 | |
| **Total Current Charges** | 278.19 | CHF |

| | | |
|---|---:|---|
| **Total Amount Due:** | **278.19** | **CHF** |

## Please DO NOT PAY.  You will be charged the amount due through your selected method of payment.



**INVOICE**

| | |
|---|---|
| Invoice No.: | E0500EG0SA |
| Order ID: | f64aa39d-9df2-46ff-81f1-99831945aaac |
| Billing Month: | 04/2021 |
| Customer P.O No.: | |
| Document Date: | 28.04.2021 |
| Customer Service: | https://portal.microsoftonline.com/Support/ContactUs.aspx |

SingularDTV

| Item | Partner | Unit Price | Invoice Qty | Value |
|---|---|---|---|---|
| AAA-10643 | | | | |
| Microsoft 365 Business Standard | | 12.30 | 21 | 258.30 |
| Service Dates: 01.04.2021 - 30.04.2021 | | | | |
| Discounts | | | | 0.00 |
| VAT     (7.700%) | | | | 19.89 |
| | | | | 278.19 |

| | |
|---|---|
| **Sub-Total** | **258.30** |
| VAT     (7.700%) | 19.89 |
| **Grand Total** | **278.19**   CHF |

Microsoft Ireland Operations Limited, c/o Microsoft Schweiz GMBH, Richtistrasse 3, CH-8304 Wallisellen, Switzerland

VAT Nr. CHE-113.885.455 TVA
ZAZ Nr. 3490 - 3



# INVOICE

| | |
|---|---|
| Invoice No.: | E0500EFWUM |
| Order ID: | d8b88241-c8ba-43d8-932f-15b3fdfac93c |
| Billing Month: | 04/2021 |
| Customer P.O No.: | |
| Document Date: | 28.04.2021 |
| Customer Service: | https://portal.microsoftonline.com/Support/ContactUs.aspx |

**Bill To: 6303680838**

SingularDTV
Gartenstrasse 6
6300 Zug Zug
Switzerland
Attn:Zachary LeBeau

**Sold To: 6303680838**

SingularDTV
SingularDTV,GmbH
Gubelstrasse 11
6300 Zug Zug
Switzerland
Attn:Equinox  Admin

**Service Recipient: 6303680838**

SingularDTV
SingularDTV,GmbH
Gubelstrasse 11
6300 Zug Zug
Switzerland
Attn:Equinox  Admin

**Balances, Payments & Credits**

| | |
|---|---:|
| Previous balance | 21.11 |
| Payments | -21.11 |
| Post Bill and AR adjustments | 0.00 |
| **Total Balances, Payments & Credits** | 0.00 |
| **Current Charges** | |
| Recurring charges | 19.60 |
| Discounts | 0.00 |
| Other products & services | 0.00 |
| Miscellaneous Adjustments | 0.00 |
| **Total Pre-Tax Charges** | 19.60 |
| Total Tax | 1.51 |
| **Total Current Charges** | 21.11  CHF |

**Total Amount Due:**  **21.11**  **CHF**

## Please DO NOT PAY.  You will be charged the amount due through your selected method of payment.



**INVOICE**

| | |
|---|---|
| Invoice No.: | E0500EFWUM |
| Order ID: | d8b88241-c8ba-43d8-932f-15b3fdfac93c |
| Billing Month: | 04/2021 |
| Customer P.O No.: | |
| Document Date: | 28.04.2021 |
| Customer Service: | https://portal.microsoftonline.com/Support/ContactUs.aspx |

SingularDTV

| Item | Partner | Unit Price | Invoice Qty | Value |
|---|---|---|---|---|
| AAA-12808 Power BI Pro | | 9.80 | 2 | 19.60 |
| Service Dates: 22.04.2021 - 21.05.2021 | | | | |
| Discounts | | | | 0.00 |
| VAT    (7.700%) | | | | 1.51 |
| | | | | 21.11 |

| | | |
|---|---|---|
| **Sub-Total** | | 19.60 |
| VAT    (7.700%) | | 1.51 |
| **Grand Total** | | **21.11**   CHF |

Microsoft Ireland Operations Limited, c/o Microsoft Schweiz GMBH, Richtistrasse 3, CH-8304 Wallisellen, Switzerland

VAT Nr. CHE-113.885.455 TVA
ZAZ Nr. 3490 - 3



# INVOICE

| | |
|---|---|
| Invoice No.: | E0500EG0S9 |
| Order ID: | 71dffef5-a5f1-4acc-8f78-be19180482f4 |
| Billing Month: | 04/2021 |
| Customer P.O No.: | |
| Document Date: | 28.04.2021 |
| Customer Service: | https://portal.microsoftonline.com/Support/ContactUs.aspx |

**Bill To: 6303680838**

SingularDTV
Gartenstrasse 6
6300 Zug Zug
Switzerland
Attn:Zachary LeBeau

**Sold To: 6303680838**

SingularDTV
SingularDTV,GmbH
Gubelstrasse 11
6300 Zug Zug
Switzerland
Attn:Equinox  Admin

**Service Recipient: 6303680838**

SingularDTV
SingularDTV,GmbH
Gubelstrasse 11
6300 Zug Zug
Switzerland
Attn:Equinox  Admin

| | | |
|---|---:|---|
| **Balances, Payments & Credits** | | |
| Previous balance | 12.60 | |
| Payments | -12.60 | |
| Post Bill and AR adjustments | 0.00 | |
| **Total Balances, Payments & Credits** | 0.00 | |
| **Current Charges** | | |
| Recurring charges | 11.70 | |
| Discounts | 0.00 | |
| Other products & services | 0.00 | |
| Miscellaneous Adjustments | 0.00 | |
| **Total Pre-Tax Charges** | 11.70 | |
| Total Tax | 0.90 | |
| **Total Current Charges** | 12.60 | CHF |
| **Total Amount Due:** | **12.60** | **CHF** |

## Please DO NOT PAY.  You will be charged the amount due through your selected method of payment.

Case 1:21-cv-10130-VEC   Document 9-3   Filed 11/29/21   Page 7 of 9



**INVOICE**

| | |
|---|---|
| Invoice No.: | E0500EG0S9 |
| Order ID: | 71dffef5-a5f1-4acc-8f78-be19180482f4 |
| Billing Month: | 04/2021 |
| Customer P.O No.: | |
| Document Date: | 28.04.2021 |
| Customer Service: | https://portal.microsoftonline.com/Support/ContactUs.aspx |

SingularDTV

| Item | Partner | Unit Price | Invoice Qty | Value |
|---|---|---|---|---|
| TRA-00017 | | | | |
| Exchange Online (Plan 1) | | 3.90 | 3 | 11.70 |
| Service Dates: 01.04.2021 - 30.04.2021 | | | | |
| Discounts | | | | 0.00 |
| VAT    (7.700%) | | | | 0.90 |
| | | | | 12.60 |

| | |
|---|---|
| **Sub-Total** | 11.70 |
| VAT    (7.700%) | 0.90 |
| **Grand Total** | 12.60   CHF |

Microsoft Ireland Operations Limited, c/o Microsoft Schweiz GMBH, Richtistrasse 3, CH-8304 Wallisellen, Switzerland        Page 2 of 2

VAT Nr. CHE-113.885.455 TVA
ZAZ Nr. 3490 - 3



# INVOICE

| | |
|---|---|
| Invoice No.: | E0500EFVC6 |
| Order ID: | 64d15f13-e212-4dfc-925f-78eaf7209ad4 |
| Billing Month: | 04/2021 |
| Customer P.O No.: | |
| Document Date: | 28.04.2021 |
| Customer Service: | https://portal.microsoftonline.com/Support/ContactUs.aspx |

**Bill To: 6303680838**

SingularDTV
Gartenstrasse 6
6300 Zug Zug
Switzerland
Attn:Zachary LeBeau

**Sold To: 6303680838**

SingularDTV
SingularDTV,GmbH
Gubelstrasse 11
6300 Zug Zug
Switzerland
Attn:Equinox  Admin

**Service Recipient: 6303680838**

SingularDTV
SingularDTV,GmbH
Gubelstrasse 11
6300 Zug Zug
Switzerland
Attn:Equinox  Admin

| | | |
|---|---:|---|
| **Balances, Payments & Credits** | | |
| Previous balance | 15.94 | |
| Payments | -15.94 | |
| Post Bill and AR adjustments | 0.00 | |
| **Total Balances, Payments & Credits** | 0.00 | |
| **Current Charges** | | |
| Recurring charges | 14.80 | |
| Discounts | 0.00 | |
| Other products & services | 0.00 | |
| Miscellaneous Adjustments | 0.00 | |
| **Total Pre-Tax Charges** | 14.80 | |
| Total Tax | 1.14 | |
| **Total Current Charges** | 15.94 | CHF |
| **Total Amount Due:** | **15.94** | **CHF** |

## Please DO NOT PAY.  You will be charged the amount due through your selected method of payment.



**INVOICE**

| | |
|---|---|
| Invoice No.: | E0500EFVC6 |
| Order ID: | 64d15f13-e212-4dfc-925f-78eaf7209ad4 |
| Billing Month: | 04/2021 |
| Customer P.O No.: | |
| Document Date: | 28.04.2021 |
| Customer Service: | https://portal.microsoftonline.com/Support/ContactUs.aspx |

SingularDTV

| Item | Partner | Unit Price | Invoice Qty | Value |
|---|---|---|---|---|
| AAA-04201 | | | | |
| Visio Plan 2 | | 14.80 | 1 | 14.80 |
| Service Dates: 10.04.2021 - 09.05.2021 | | | | |
| Discounts | | | | 0.00 |
| VAT      (7.700%) | | | | 1.14 |
| | | | | 15.94 |

| | | |
|---|---|---|
| **Sub-Total** | | **14.80** |
| VAT      (7.700%) | | 1.14 |
| **Grand Total** | | **15.94**   **CHF** |

Microsoft Ireland Operations Limited, c/o Microsoft Schweiz GMBH, Richtistrasse 3, CH-8304 Wallisellen, Switzerland

VAT Nr. CHE-113.885.455 TVA
ZAZ Nr. 3490 - 3