# EXHIBIT 6

## SingularDTV LLC
(the **Company**)

Registered Office: Zug, Canton of Zug, Switzerland
Enterprise Identification No.: (CHE-143.156.740)

**Minutes of the Meeting of the Managing Directors of the Company** (collectively the **Board**)
**Held via Videoconference on June 8, 2021**

---

### Present

— Arie Yehuda Levy Cohen, Chairman of the Board ("AYLC")

— Joseph Michael Lubin, Managing Director ("JML")

### Absent

— Zachary James LeBeau, Managing Director ("ZJL")

### Chairman

— Arie Yehuda Levy Cohen

### Secretary

— As ZJL declined to attend the meeting and presumably instructed company counsel to do the same, JML will be acting as secretary.

**A.  Agenda**

1. Constitution of the Meeting

2. Discussion of legal representatives for the Company

3. Discussion of Kim Jackson's COO appointment with the Company

4. Miscellaneous

**B.  Business Transacted and Resolutions Passed**

1. Mr. Levy Cohen takes the chair (the **Chairman**); it being noted that the prior secretary Carl Volz was terminated by ZJL, for purposes of this meeting AYLC and JML agree that JML acts as secretary.

The Chairman opens the meeting at 5PM CEST. He directs the record to show that the meeting of the Board has been duly convened and that a majority of the Managing Directors are present and therefore the Board has a quorum. No objections are raised against these ascertainments.

2. The Chairman and JML discuss the appointment or purpointed appointment of attorneys Paolo Losinger and Neil Postrygracz.

3. The Chairman and JML conclude that neither Losinger and Postrygracz appear to be acting in the interests of the Company and refute that either, at any time, had a valid mandate from the Board to serve the Company.

4. The Chairman and JML resolved to confirm that neither Losinger nor Postrygracz is authorized to act on behalf of the Company and that the Company shall take all steps necessary to prevent any unauthorized service, including instructing the Company to refuse any and all fee for services proposed by either Losinger or Postrygracz on behalf of the Company, noting that the Resident Director, in his discretion, is approved to settle any reasonable outstanding retainer with Mr. Losinger for fees incurred previous to June 1, when JML through his agents made clear to Mr. Losinger that the Board did not recognize any mandate. The Chairman and JML resolved to confirm that it is the opinion of the Board that only the firm Wenger & Vieli has a mandate to serve the Company, and the Board reiterates such mandate and appointment.

   (a) Voting in Favor: *Arie Levy-Cohen*  *Joseph Lubin*
   
   Voting Against:

5. As a miscellaneous item, with it being known that Kim Jackson, owner of Breaker LLC, the relationship to which the Company terminated via notice still holds an appointment of "COO" under an agreement with the Company, the Chairman and JML resolved to approve the Company to terminate that agreement as soon as possible, approving an additional one month equivalent of notice payment under that agreement.

   (a) Voting in Favor: *Arie Levy-Cohen*  *Joseph Lubin*
   
   Voting Against:

There being no further business to be transacted, the Chairman closes the board meeting.

[*signatures on the next page*]

Executed as of the date written on the cover page to these resolutions

The Chairman:                                              The Secretary:

*Arie Levy-Cohen*                                          *Joseph Lubin*
— 60022D44719941D...                                       — B25D9047BC304A9...

Arie Yehuda Levy Cohen

**Distribution:**

‒   Domicile
‒   Managing Officers