# **EXHIBIT 7**

# Commercial register of canton Zug

Kanton Zug

| Identification number | Legal status | Entry | Cancelled | Carried from: on: | CH-170.4.014.388-1 | 1 |
|---|---|---|---|---|---|---|
| CHE-143.156.740 | Limited liability company | 02.12.2016 | | | | |

All data

| In | Ca | Business name | | Ref | Legal seat |
|---|---|---|---|---|---|
| 1 | | **SingularDTV GmbH** | | 1 | Zug |
| 1 | | (SingularDTV Sàrl) (SingularDTV LLC) | | | |

| Ref | Capital | In | Mo | Ca | Shares | Partner (see personal data) | In | Ca | Company address |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 20'000.00 | 1 | | 2m | ~~86 x 100.00~~ | ~~Lebeau, Zachary James~~ | 1 | 4 | ~~Gubelstrasse 11~~ |
| | | 1 | | | 86 x 100.00 | Lubin, Joseph Michael | | | ~~6300 Zug~~ |
| | | 1 | | 3m | ~~28 x 100.00~~ | ~~Levy Cohen, Arie Yehuda~~ | 4 | 7 | ~~Gotthardstrasse 26~~ |
| | | | 2 | 13m | ~~86 x 100.00~~ | ~~LeBeau, Zachary James~~ | | | ~~6300 Zug~~ |
| | | | 3 | 8m | ~~28 x 100.00~~ | ~~Levy Cohen, Arie Yehuda~~ | 7 | 9 | ~~Gartenstrasse 6~~ |
| | | | 8 | | 28 x 100.00 | Levy Cohen, Arie Yehuda | | | ~~6300 Zug~~ |
| | | | 13 | 14m | ~~86 x 100.00~~ | ~~LeBeau, Zachary James~~ | 9 | | Poststrasse 30 |
| | | | 14 | | 86 x 100.00 | LeBeau, Zachary James | | | 6300 Zug |

| In | Ca | Purpose | In | Ca | Other addresses |
|---|---|---|---|---|---|
| 1 | | Entwicklung, Vermarktung, Vertrieb und Lizenzierung von Software, insbesondere Schaffung einer Blockchain und Ethereum basierten Produktions- und Vertriebs-Plattform, sowie Entwicklung, Vermarktung, Vertrieb und Lizenzierung von qualitativ hochstehenden Film- und TV-Inhalten; vollständige Zweckumschreibung gemäss Statuten | | | |

| In | Ca | Remarks | Ref | Date of the acts |
|---|---|---|---|---|
| 1 | | Mitteilungen an die Gesellschafter erfolgen per Brief, Fax oder E-Mail | 1 | 28.10.2016 |
| 1 | 5 | ~~Mit Erklärung vom 21.07.2016 wurde auf die eingeschränkte Revision verzichtet.~~ | | |

| In | Ca | Qualified facts | Ref | Official publication |
|---|---|---|---|---|
| | | | 1 | SHAB |

| In | Ca | Additionnal payments and statutary duty of accessory payments | In | Ca | Branch offices |
|---|---|---|---|---|---|
| 1 | | Nebenleistungspflichten, Vorhand-, Vorkaufs- oder Kaufsrechte gemäss näherer Umschreibung in den Statuten | | | |

| Ref | Journal | Date | SOGC | Date SOGC | Page / Id | Ref | Journal | Date | SOGC | Date SOGC | Page / Id |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 15175 | 02.12.2016 | 238 | 07.12.2016 | 3206807 | 8 | 10946 | 29.07.2019 | 147 | 02.08.2019 | 1004688648 |
| 2 | 1195 | 27.01.2017 | 22 | 01.02.2017 | 3319961 | 9 | 12830 | 05.09.2019 | 174 | 10.09.2019 | 1004712993 |
| 3 | 10760 | 22.08.2017 | 164 | 25.08.2017 | 3715249 | 10 | 13111 | 11.09.2019 | 178 | 16.09.2019 | 1004716643 |
| 4 | 13854 | 30.10.2017 | 213 | 02.11.2017 | 3846427 | 11 | 10809 | 04.08.2020 | 152 | 07.08.2020 | 1004953643 |
| 5 | 1000 | 18.01.2018 | 15 | 23.01.2018 | 4008349 | 12 | 15996 | 11.11.2020 | 223 | 16.11.2020 | 1005023326 |
| 6 | 2608 | 16.02.2018 | 36 | 21.02.2018 | 4069463 | 13 | 15037 | 02.08.2021 | 150 | 05.08.2021 | 1005265235 |
| 7 | 4679 | 03.04.2018 | 66 | 06.04.2018 | 4154749 | 14 | 18676 | 15.10.2021 | 204 | 20.10.2021 | 1005316378 |

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 1 | | 2m | ~~Lebeau, Zachary James, amerikanischer Staatsangehöriger, in Luzern~~ | ~~partner and manager~~ | ~~single signature~~ |
| 1 | | | Lubin, Joseph Michael, kanadischer Staatsangehöriger, in New York (US) | partner and manager | single signature |
| 1 | | 3m | ~~Levy Cohen, Arie Yehuda, amerikanischer Staatsangehöriger, in New Jersey (US)~~ | ~~partner and president of the management~~ | ~~single signature~~ |
| 1 | | 6 | ~~Sterchi, Herbert, von Zofingen, in Luzern~~ | ~~director~~ | ~~single signature~~ |
| | 2 | 13m | ~~LeBeau, Zachary James, amerikanischer Staatsangehöriger, in New York (US)~~ | ~~partner and manager~~ | ~~single signature~~ |
| | 3 | 8m | ~~Levy Cohen, Arie Yehuda, spanischer Staatsangehöriger, in Thalwil~~ | ~~partner and president of the management~~ | ~~single signature~~ |
| 5 | | | KBT Revisions AG, Zweigniederlassung Baar (CHE-365.026.377), in Baar | auditor | |
| | 8 | | Levy Cohen, Arie Yehuda, spanischer Staatsangehöriger, in New Jersey (US) | partner and president of the management | single signature |
| 10 | | 11 | ~~Rizal Vijay, Amrita, indische Staatsangehörige, in Stallikon~~ | ~~manager~~ | ~~single signature~~ |

| Kanton Zug | | | Commercial register of canton Zug | | | |
|---|---|---|---|---|---|---|
| **CHE-143.156.740** | | | SingularDTV GmbH | | **Zug** | **2** |

All data

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 12 | | | Allenspach, Patrik, von Kreuzlingen, in Meierskappel | having right to sign | single signature |
| | 13 | 14m | ~~LeBeau, Zachary James, amerikanischer Staatsangehöriger, in New York (US)~~ | ~~partner and manager~~ | ~~without signing rights~~ |
| | | 14 | LeBeau, Zachary James, amerikanischer Staatsangehöriger, in New York (US) | partner | without signing rights |

Zug, 11.11.2021 03:18

The information above is given with not commitment and is in no way legally binding.