UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

SINGULARDTV, GMBH,                                  Case No. 1:21-cv-10130

           Plaintiff,

   -against-

ZACHARY LEBEAU and KIMBERLY JACKSON,

           Defendants.

------------------------------------------x

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

TO:   THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Kindly enter my appearance on behalf of Defendants ZACHARY LEBEAU and KIMBERLY JACKSON in this Action.

I certify that I am admitted to practice in the United States District Court, Southern District of New York. I respectfully request that the documents filed in this Action be served on me at the following address: Attn: Neil L. Postrygacz, Esq., Neil L. Postrygacz, Attorney at Law, 217 34th Street, Brooklyn, New York 11232.

    Dated:    New York, New York
                   November 30, 2021

                                                      Yours, etc.,

                                                      **NEIL L. POSTRYGACZ**
                                                      **ATTORNEY AT LAW, P.C.**

                                                      By:____/NLP/ NP6923_____
                                                       Neil L. Postrygacz, Esq.
                                                       217 34th Street
                                                       Brooklyn, New York 11232
                                                       Telephone: (646) 642-7492
                                                       Facsimile: (646) 514-1997

                                                       *Attorneys for Defendants*

To:    KOBRE & KIM LLP
800 Third Avenue
New York, NY 10022

*Attorneys for Plaintiff*