

**Neil L. Postrygacz**

November 30, 2021

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

       *Re:*    **SingularDTV GmbH v. LeBeau, et al**
               *1: 21-cv-10130*

Dear Judge Caproni,

      This office represents the Defendants in the above referenced matter. We hereby respectfully request a conference and briefing schedule for Plaintiff's requested TRO.

      Please be advised that this action is related to a New York Supreme Action, Zach Lebeau, both individually and derivatively on behalf of SINGULARDTV GmbH v. Joseph Lubin et al, index number 655673/2021 ("NY Supreme Action"). In the New York Action, Mr. LeBeau, a Defendant herein, brings action both individually and derivatively on behalf of SingularDTV GmbH against Joseph Lubin, Arie Levy Cohen (the remaining 2 shareholders of the company), and Consensys for breaches of Swiss law, breach of the company's Bylaws, breach of fiduciary duty, fraud in the inducement, as well as other claims.

                                                              Respectfully submitted,

                                                                 /nlp/
                                                Neil L. Postrygacz, Esq.
                                                Neil L. Postrygacz
                                                Attorney at Law, P.C.
                                                217 34th Street
                                                Brooklyn, New York 11232
                                                (646) 642-7492
                                                Neil@neilesq.com

                                                *Attorneys for Defendants*