# EXHIBIT 2

**SingularDTV GmbH**                                                                                               31.12.2018

**Valuation of the Crypto assets (ETH positions)**

Herewith the members of the board confirm that:

the company is the beneficial owner and can dispose of the assets
the company complies with the collateral in order not to be subjet to data theft
the company is the owner of the PUK and PIK
the company has the necessary securities present and implemented

| Acc | Decription | Quantity in crypto ETH | Valuation at book value in CHF | Valuation at market value | Reserves | Confirmation that PUK and PIK are present/exist and are in the ownership of the company |
|---|---|---|---|---|---|---|
| 1030 | Ether Cold Wallet | 158,420.6747 | 4,859,111.40 / 30.67 | 21131733.80 / 133.39 | 16,272,622.40 | |
| 1032 | Ether Hot Wallet MultiSig | 6,284.2919 | 82,005.90 / 13.05 | 838261.70 / 133.39 | 756,255.80 | |
| 1033 | Ether Hot Wallet 3 | - | - | | | |
| 1035 | Marketmaking Wallet | - | - | | | |
| 1036 | Launch Wallet 1 | - | - | | | |
| 1037 | Launch Wallet 2 | - | - | | | |
| 1038 | Launch Wallet 3 | - | - | | | |
| 1039 | KHUSH Artist Wallet | 0.0039 | 0.54 / 137.47 | 0.52 / 133.39 | -0.02 | |
| 1040 | KHUSH Launch Wallet | - | - | | | |
| 1041 | Bootcamp Wallet | - | - | | | |
| 1042 | EtherDelta Wallet | - | - | | | |
| 1043 | LIGA Artist Wallet | - | - | | | |
| 1044 | LIGA Launch Wallet | - | - | | | |
| 1045 | Tokit ETH Wallet | 29.5537 | 4,078.06 / 137.99 | 3942.17 / 133.39 | -135.89 | |
| 1046 | Tokit Deployer Wallet | 0.4288 | 59.16 / 137.98 | 57.19 / 133.39 | -1.97 | |
| 1047 | Tokit Fee Wallet | - | - | | | |
| 1048 | Tokit Reimbursement Wallet | 0.6777 | 93.52 / 137.99 | 90.40 / 133.39 | -3.12 | |
| 1051 | Account1: Ledger 1 | - | - | | | |
| 1052 | Account2: Ledger 2 | - | - | | | |
| 1053 | Account3: Ledger 3 | - | - | | | |
| 1054 | Account4: Ledger 4 | - | - | | | |
| 1055 | Account2: Ledger 5 | - | - | | | |
| 1056 | Account0: Ledger 0 | - | - | | | |
| 1057 | Jaxx Cold Storage- for MM Activity | - | - | | | |
| 1058 | Multi Sig Wallet Address 1 MM activity | - | - | | | |
| 1059 | Multi Sig Wallet Address 2 MM activity | - | - | | | |
| 1194 | Binance deposit account | 275.2766 | 3,592.18 / 13.05 | 36719.15 / 133.39 | 36,443.87 | |
| 1195 | Bittrex Deposit Account | - | - | | | |
| | | | 4,948,940.76 | 22,010,804.93 | 17,065,181.07 | |

Zug , 31st January 2019