# EXHIBIT 6

## Patrik Allenspach

**Von:** neil postrygacz <neil@neilesq.com>
**Gesendet:** Freitag, 8. Oktober 2021 18:57
**An:** patrik.allenspach@palpro.ch
**Betreff:** Breaker

Dear Patrik,

As I'm sure you are already aware the US entity will no longer be providing the GmbH with email services. Thank you.

NLP