# EXHIBIT 7

# Patrik Allenspach

| | |
|---|---|
| **Von:** | Matt Corva <matt.corva@consensys.net> |
| **Gesendet:** | Samstag, 8. Mai 2021 05:40 |
| **An:** | Zach LeBeau; Kim Jackson; Carl Volz; Patrik Allenspach; Edward Greenwood |
| **Cc:** | Joseph Lubin; Michael Kriak; Arie Y LEVY COHEN |
| **Betreff:** | Written Demand for Transfer of Digital Assets for Safekeeping |

Breaker Team -

We were disturbed to learn of the news regarding the transfer to someone purporting to be Arie today, in the equivalent of ~2MM USD in digital assets. We want to learn more about the event and are already investigating based on the records we received from Carl. Regardless of the circumstances, it is clear that a bad actor has compromised systems in a way that were exploited and can continue to be exploited, jeopardizing remaining digital assets.

We therefore demand management of Breaker take immediate action to move all remaining digital assets to a secure and reputable third party custodian by the close of business on Wednesday, May 12th as a reasonable effort to safeguard company assets. Please provide us an update as to the third party custodian of choice, and please also prepare an accounting of all transactions mapping remaining digital assets to the transfer to the third party custodian. Please also provide details regarding the third party custodian account itself, including who has access to that account. Please ensure that the account requires multi-party and multi-factor authentication with at least 2 signatories, ideally from different functions within the company (e.g. Management + Legal or Management + Accounting, or Accounting + Legal etc). It's our understanding there is sufficient fiat on-hand to carry near term expenses.

If there are any objections to this request, please raise them immediately. Note that we have long requested industry standard measures be put in place to safeguard Breaker's digital assets. This event would not have taken place were they in place. If the funds are not transferred reasonably in accordance with this proposal, we will immediately move to legal remedies in Switzerland to preserve the safety of the company assets. Lastly, we understand the volatile nature of these situations and would appreciate being quickly apprised of incidents like this when they occur as well as any findings you uncover on your side.

Matt