# EXHIBIT 8

On Tue, Jun 15, 2021 at 5:58 PM Neil Postrygacz <npostrygacz@breaker.io> wrote:

> Dear Matt,
>
> Nice speaking today. Again, we are more than willing to transfer the ether to a custodial account while the corporate disputes get resolved.
>
> Also, as I'm sure you know, it is unethical to use the threat of criminal prosecution in furtherance of a settlement.
>
> I am available to discuss any option that is in the best interest of the company and the token holders. Have a nice one.
>
> NLP
>
>
> Get Outlook for iOS