# EXHIBIT 9



City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**016 - 211103 B an STA ZG _Vertretungsverhältnisse sdtv__signiert(2892501...**" is, to the best of my knowledge and belief, a true and accurate translation from German into English.

_____
Jacqueline Yorke

Sworn to before me this
November 11, 2021

_____
Signature, Notary Public

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

[logo:] **wenger vieli**

**Wenger Vieli AG**
Dufourstrasse 56
PO Box
8034 Zurich

**Michael Mráz***
Dr. iur. | Attorney
Partner
Specialist attorney SAV [Swiss Lawyer's Association] Criminal Law
+41 58 958 53 18
m.mraz@wengervieli.ch

CHE-100.791.342 VAT

**Registered mail / electronic filing**
State's Attorney's Office Zug
State's Attorney K. Eisenring-Hiestand

MMR [acronym unclear]
**2A 2021 130**
**SingularDTV GmbH (criminal complaint against Arie Levy Cohen)**
**Notification from SingularDTV GmbH**

November 3, 2021

Dear Ms. State's Attorney

Our law office has been advising and representing SingularDTV GmbH since 2019, primarily in matters related to company law and notarization. Since early summer this year we were also more vigorously active for the company in providing advice within the context of various confrontations among the shareholders or rather with the shareholder and former co-managing director Zachary LeBeau. You will find our power of attorney also for matters of criminal law in the attachment.

A few days ago we were informed by the shareholder Arie Levy Cohen that a criminal complaint (signed by Attorney Paolo Losinger) dated June 3, 2021, was filed against him in the name of SingularDTV GmbH, and also that Attorney Losinger, with a letter of Sept. 10, 2021, had further information and documents sent to you.

In the name and on behalf of Singular DTV GmbH, we can confirm to you that the filing of a criminal complaint in the name of SingularDTV GmbH against the shareholder and managing director Arie Levy Cohen was never the subject of a managing directors' meeting. SingularDTV GmbH also never received from RA Losinger a copy of this criminal complaint, let alone any information about its filing or the further process and about his communications with you.

On the contrary: With the resolution of May 27, 2021, the managing directors of SingularDTV GmbH revoked all of Zachary LeBeau's signatory powers for SingularDTV GmbH, which was published in the SHAB [Swiss Commercial Gazette] on August 5, 2021. In addition, Zachary LeBeau was dismissed as managing director by way of the shareholders' resolution of September 24, 2021. The latter was published in the SHAB on October 20, 2021. Consequently, at the time of the filing of the criminal complaint on June 3, 2021, Zachary LeBeau already did not have any signatory powers for SingularDTV GmbH.

Entered in the Attorney Register
of the Canton of Zurich

Both Zachary LeBeau and Attorney Paolo Losinger had knowledge of the resolution of May 27, 2021; it was conveyed to both of them by the third shareholder, Matt Corva, by email on the same day at 6:10 PM.

Due to the fact that as of May 27, 2021, Zachary LeBeau no longer had any signatory power for SingularDTV GmbH, Attorney Paolo Losinger was also not authorized on June 3, 2021, to file a criminal complaint with the State's Attorney's Office in the name of SingularDTV GmbH, especially since he was directly mandated by Zachary LeBeau without the knowledge of the management of SingularDTV GmbH. In addition, it was determined by managing directors' resolution of June 8, 2021, that, after management learned about the issuing of the mandate, Attorney Paolo Losinger no longer has any authority to represent SingularDTV GmbH in any way whatsoever. Attorney Paolo Losinger was then also promptly informed of this.

Both the criminal complaint of June 3, 2021, and the letter of September 10, 2021, took place <u>without a valid power of attorney and power of representation</u>, especially since Attorney Losinger demonstrably had knowledge of the revocation of the signatory and representation power of Mr. Zachary LeBeau. Against this background, the consequences of such conduct under professional law and the rules of the bar appear very problematic and are the subject of a separate investigation.

In any case, Attorney Paolo Losinger had and has no mandate whatsoever from SingularDTV GmbH; rather, if anything, he is the personal attorney of Mr. Zachary LeBeau. As such, he also has no rights to information about the proceeding 2A 2021 130.

We will take the liberty of contacting you by telephone in the next few days in order to discuss further action.

Kind regards

[signature]
[Michael Mraz, partner, Wenger Vieli AG]

[Qualified electronic signature – Swiss law]
[Signed on Skribble.com]

**Attachments:** Power of attorney, as well as email Matt Corva to Zachary LeBeau and Attorney Losinger (among others) of May 27, 2021, 6:10 PM