```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
SINGULARDTV GmbH,                                            :
                                                             :
                                  Plaintiff,                 :
                 -against-                                   :
                                                             :     21-cv-10130 (VEC)
ZACHARY LEBEAU and KIMBERLY                                  :
JACKSON,                                                     :     ORDER
                                                             :
                                  Defendants.                :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/21

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiff has moved for a Preliminary Injunction and, in the interim, a Temporary Restraining Order ("TRO"), *see* Dkt. 12;

IT IS HEREBY ORDERED that the parties must appear for a conference on whether the Court should grant the TRO and to set a briefing schedule for the Preliminary Injunction on **Wednesday, December 1, 2021, at 2:30 p.m.** in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

IT IS FURTHER ORDERED that Defendants may file a response to Plaintiff's motion not later than 11:00 a.m. on Wednesday, December 1, 2021. The response should address *only* whether the Court should issue a TRO and, if the Court does issue a TRO, the amount of an appropriate bond.

**SO ORDERED.**

Date: November 30, 2021
      New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**