UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

SINGULARDTV, GmbH,

                      Plaintiff,

        -against-

ZACHARY LEBEAU and KIMBERLY JACKSON,:

                      Defendants.

------------------------------------------------------------ X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/21
```

21-CV-10130 (VEC)

<u>ORDER TO SHOW CAUSE
AND TEMPORARY
RESTRAINING ORDER</u>

VALERIE CAPRONI, United States District Judge:

    WHEREAS a hearing on a temporary restraining order ("TRO") was held on December 1, 2021;

    IT IS HEREBY ORDERED that, for the reasons stated on the record at the December 1, 2021, hearing, Plaintiff's motion for a TRO is GRANTED in part. Defendants are hereby temporarily restrained from taking any step, whether by their personal actions or by causing another to act, to transfer, conceal, encumber, dissipate, or otherwise impair the value of any assets in their possession or control that are the property of the Plaintiff, including but not limited to the Cold Wallet, the digital assets stored on the Cold Wallet, the private keys associated with those digital assets, any and all proceeds thereof.

    IT IS FURTHER ORDERED that the parties must meet and confer regarding appropriate language for the Court to include in a modified TRO that would address restoring Plaintiff, its employees and contractors' access to their email accounts or addresses. Mutually agreeable language must be submitted to the Court via ECF by **7:30 p.m.** on **December 1, 2021.** If the parties cannot agree on proposed language, they must separately submit proposed language by **8:00 p.m.** on **December 1, 2021.**

IT IS FURTHER ORDERED that Defendants' are ordered to show cause why Plaintiff's motion for a preliminary injunction should not be granted; responsive papers are due not later than **December 7, 2021.** Plaintiff's reply is due not later than **December 10, 2021.**

IT IS FURTHER ORDERED that the parties must appear for a hearing on the preliminary injunction motion on **Tuesday, December 14, 2021, at 10:00 a.m.** in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

Date: 12.1.21
Time: 5:10 pm

_____
**VALERIE CAPRONI**
**United States District Judge**