


```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/21
```

**Neil L. Postrygacz**

December 3, 2021

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

      *Re:*    **SingularDTV GmbH v. LeBeau, et al**
             **1: 21-cv-10130**

Dear Judge Caproni,

    This office represents the Defendants in the above referenced matter. We hereby respectfully request an extension for the submission of Defendants' opposition to Plaintiffs' preliminary injunction application, as well as an adjournment of the preliminary injunction hearing date currently scheduled for December 14, 2021. Defendants request up until December 13, 2021 to submit its opposition. One of the reasons for the extension request is Defendants are in the process of retaining additional counsel in this action. Defendants consent to an extension of the TRO up until the new hearing date scheduled by the Court.

    I contacted Plaintiff's counsel on December 2, 2021 to obtain its consent to the above request. Mr. Sauter, Plaintiff's counsel, informed me this morning that he will try to get back to me today regarding our adjournment request.

                                Respectfully submitted,

                                  _____/nlp/_____
                                Neil L. Postrygacz, Esq.
                                Neil L. Postrygacz
                                Attorney at Law, P.C.
                                217 34th Street
                                Brooklyn, New York 11232
                                (646) 642-7492
                                Neil@neilesq.com

                                *Attorneys for Defendants*

Plaintiff is ordered to inform the Court by end of business today, December 3, 2021, whether it consents to Defendants' request. The soonest the Court would be able to hold the preliminary injunction hearing, other than the currently scheduled date, would be January 3, 2022.

SO ORDERED.

*Valerie Caproni*
12/3/21

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE