**neil postrygacz** <neilpostrygacz@gmail.com>
to Benjamin

6:44 AM (14 hours ago)

Good morning,

To confirm, Defendants will not access those email accounts. As far as Cohen's email, there was a migration to the breaker.io emails at some point and Arie never received. I will check with client re the SingularDTV email for Arie. I was told they are not available but will confirm. I believe he was given whatever administrative control was available. I will see if there is a way for him to be able to change passwords for those accounts.

Lastly, what's the status of our adjournment request?

I am available to discuss.

**Follow up** Inbox

**neil postrygacz** <neilpostrygacz@gmail.com>  8:29 AM (12 hours ago)
to Benjamin

Dear Ben,

Please confirm you are receiving my emails. I have not received a response to my email sent at 7:26 this morning. As i told you yesterday I received an error message yesterday after attempting to email you. You also instructed me not to text you despite this issue. I have also tried to call your cell phone this morning but it goes straight to voicemail.

NLP

# Email access  Inbox

**neil postrygacz** <neilpostrygacz@gmail.com>
to Benjamin.Sauter

Thu, Dec 2, 4:29 PM (1 day ago)

Dear Ben,

Here is a temporary password for Patrik's account: Gum34804

There are no accounts for Mr. Lubin or Mr. Cohen. He should have access to the rest. Let me know if he has any issues.

Thanks.

NLP