ConsenSys AG
Sielva Management SA
Gubelstrasse 11, Zug  6300
http://www.consensys.net



# Invoice

**BILL TO**
SingularDTV GmbH
Gubelstrasse 11
CH-6300 Zug Switzerland

**INVOICE NO.** 1082
**DATE** 05/04/2018
**DUE DATE** 20/04/2018
**TERMS** Net 15

| ACTIVITY | TAX | AMOUNT |
|---|---|---|
| **Sales** Tokit+Launchpad (Project duration: 300 days) | Standard (7.7%) | 3,720,000.00 |
| (A) SingularDTV website redesign to support Tokit Launch and S-DTV Launch. <br>• Create SingularDTV's website design (3 website versions). <br>• Develop the website using CSS/HTML/JavaScript. <br>• Provide website maintenance. <br>(B) Module 1: Rights Management Gateway development <br>• ConsenSys Provided Resources will create the general architecture and documentation for authentication process (light wallet creation and MetaMask integrations) and token management. <br>• Consensys Provided Resources will develop the set of smart contracts for Token Creation and Fund Contract. <br>(C) Module 4: Token Launch module development <br>• ConsenSys Provided Resources will create the general architecture and documentation for the token launch page generation. <br>• Consensys Provided Resources will develop the set of smart contracts for Token Launch. <br>(D) Tokit platform development and maintenance <br>• Create Tokit's brand identity, the wireframe and documentation for the platform, Tokit's platform design. <br>• Develop the platform using CSS/HTML/JavaScript and deploy the platform on the Azure Server. | | |
| **Expenses Reimbursement on Services** Rebill 26 months - Azure Infrastructure April 2016 - May 2018 | Standard (7.7%) | 14,300.00 |

Beneficiary's Bank: Credit Suisse (Schweiz) AG
Beneficiary's Bank Address: Bahnhofstrasse 17, 6301 Zug, Switzerland
Beneficiary's Account Number: 0823-1278311-42
Beneficiary's Bank Currency : USD
Swift/BIC Code: CRESCHZZ80A
IBAN Code: CH09 0483 5127 8311 4200 0

| | |
|---|---|
| SUBTOTAL | 3,734,300.00 |
| TAX | 287,541.10 |
| TOTAL | 4,021,841.10 |
| BALANCE DUE | **USD 4,021,841.10** |

Consensys VAT - CHE-462.543.441 MWST

| | | Parameters | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Project Name | Tokit+Launchpad | | | | | |
| | | Discount | 0% | | | | | |
| | | Project Duration (days): | 300 | | | | | |

**Project Details**

| | Resource | Role | % Allocation | Days | Man-Hours | Exp (1 low-3 high) | Standard Rate | Discounted Rate | Cost |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Milad Mostavi | Blockhain Architect | 50% | 150 | 1200 | 3 | $ 800.00 | $ 800.00 | $ 960,000.00 |
| 2 | Vlad Todirut | UX Designer | 30% | 90 | 720 | 2 | $ 300.00 | $ 300.00 | $ 216,000.00 |
| 3 | Bogdan Burcea | UX Designer | 70% | 210 | 1680 | 3 | $ 400.00 | $ 400.00 | $ 672,000.00 |
| 4 | Alex Rykov | Frontend Engineer | 40% | 120 | 960 | 2 | $ 450.00 | $ 450.00 | $ 432,000.00 |
| 5 | Andrey Rykov | Frontend Engineer | 20% | 60 | 480 | 1 | $ 300.00 | $ 300.00 | $ 144,000.00 |
| 6 | Victor Davidov | Frontend Engineer | 20% | 60 | 480 | 1 | $ 300.00 | $ 300.00 | $ 144,000.00 |
| 7 | Razvan Pop | Backend Engineer | 40% | 120 | 960 | 2 | $ 450.00 | $ 450.00 | $ 432,000.00 |
| 8 | Vlad Suciu | QA Engineer | 30% | 90 | 720 | 1 | $ 200.00 | $ 200.00 | $ 144,000.00 |
| 9 | Cezar Paraschiv | Project Manager | 40% | 120 | 960 | 3 | $ 600.00 | $ 600.00 | $ 576,000.00 |
| | | Total | | 1020 | 8160 | | | | $ 3,720,000.00 |
| | | | | | | | | Blended rate | $ 455.88 |

**Description of the services**

**SingularDTV website redesign to support Tokit Launch and S-DTV Launch.**
ConsenSys Provided Resources will:
Create SingularDTV's website design (3 website versions)
Develop the website using CSS/HTML/JavaScript.
Provide website maintenance.
**Module 1: Rights Management Gateway development**
ConsenSys Provided Resources will create the general architecture and documentation for authentication process (light wallet creation, MetaMask +Uport integrations) and token management.
Consensys Provided Resources will develop the set of smart contracts for Token Creation and Fund Contract.
**Module 4: Token Launch module development**
ConsenSys Provided Resources will create the general architecture and documentation for the token launch page generation.
Consensys Provided Resources will develop the set of smart contracts for Token Launch.
**Tokit platform development**
ConsenSys Provided Resources will use Module 1 and Module 4 as the backbone for Tokit development.
Consensys Provided Resources will:
1. Create Tokit's brand identity.
2. Create the wireframe and documentation for the platform.
3. Create Tokit's platform design
4. Develop the platform using CSS/HTML/JavaScript
5. Deploy the platform on the Azure Server
6. Provide platform maintenance.

Consensys AG
6 Gartenstrasse
Zug, Switzerland  6300
http://www.consensys.net



# Invoice

**BILL TO**
SingularDTV GmbH
Gubelstrasse 11
CH-6300 Zug Switzerland

**INVOICE NO.** 1359
**DATE** 12/02/2019
**DUE DATE** 27/02/2019
**TERMS** Net 15

| ACTIVITY | TAX | AMOUNT |
|---|---|---|
| **Service Fee** <br> DDP Pro - Singular DTV Admin - Blockchain Infrastructure - See attached deliverables and rates | Standard (7.7%) | 6,207,450.00 |

Beneficiary's Name: ConsenSys AG
Beneficiary's Address: Gartenstrasse 6, 6300 Zug
Beneficiary's Bank: Bank Frick & Co. AG
Beneficiary's Bank Address: Landstrasse 14, 9496 Balzers, Liechtenstein
Beneficiary's Bank Currency : USD
Beneficiary's Account Number: 0101686/001-000-840
IBAN Code: LI51 0881 1010 1686 K000 U
Swift/BIC Code: BFRILI22XXX

Correspondence Bank for payments in USD:
Credit Suisse AG, Zürich, Schweiz
BIC/SWIFT-Code: CRESCHZZ80A

| | |
|---|---|
| SUBTOTAL | 6,207,450.00 |
| TAX | 477,973.65 |
| TOTAL | 6,685,423.65 |
| BALANCE DUE | **USD** <br> **6,685,423.65** |

Consensys VAT - CHE-462.543.441 MWST

|   | | Parameters | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
|   | | Project Name | EV Alpha + Beta | | | | | | |
|   | | Discount | 0% | | | | | | |
|   | | Project Duration (days): | 290 | | | | | | |

**Project Details**

|   | Resource | Role | % Allocation | Days | Man-Hours | Exp (1 low-3 high) | Standard Rate | Discounted Rate | Cost |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Milad Mostavi | Blockhain Architect | 35% | 102 | 609 | 3 | $ 800.00 | $ 800.00 | $ 487,200.00 |
| 2 | Bogdan Burcea | UX Designer | 40% | 116 | 696 | 3 | $ 400.00 | $ 400.00 | $ 278,400.00 |
| 3 | Ionut Silvestru | UX Designer | 30% | 87 | 522 | 2 | $ 300.00 | $ 300.00 | $ 156,600.00 |
| 4 | Alex Rykov | Frontend Engineer | 80% | 232 | 1392 | 2 | $ 450.00 | $ 450.00 | $ 626,400.00 |
| 5 | Andrey Rykov | Frontend Engineer | 35% | 102 | 609 | 1 | $ 300.00 | $ 300.00 | $ 182,700.00 |
| 6 | Victor Davidov | Frontend Engineer | 25% | 73 | 435 | 2 | $ 450.00 | $ 450.00 | $ 195,750.00 |
| 7 | Slava Montvienco | Frontend Engineer | 75% | 218 | 1305 | 2 | $ 450.00 | $ 450.00 | $ 587,250.00 |
| 8 | Valentin Bica | Backend Engineer | 40% | 116 | 696 | 2 | $ 450.00 | $ 450.00 | $ 313,200.00 |
| 9 | Alexandru Matei | Backend Engineer | 75% | 218 | 1305 | 2 | $ 450.00 | $ 450.00 | $ 587,250.00 |
| 10 | Crina Grigore | Backend Engineer | 10% | 29 | 174 | 1 | $ 300.00 | $ 300.00 | $ 52,200.00 |
| 11 | Alina Moldoveanu | Backend Engineer | 10% | 29 | 174 | 2 | $ 450.00 | $ 450.00 | $ 78,300.00 |
| 12 | Traian Cazacu | Backend Engineer | 10% | 29 | 174 | 2 | $ 450.00 | $ 450.00 | $ 78,300.00 |
| 13 | George Stefan | Backend Engineer | 90% | 261 | 1566 | 2 | $ 450.00 | $ 450.00 | $ 704,700.00 |
| 14 | Razvan Pop | Smart Contract Engineer | 70% | 203 | 1218 | 2 | $ 600.00 | $ 600.00 | $ 730,800.00 |
| 15 | Vlad Suciu | QA Engineer | 30% | 87 | 522 | 1 | $ 200.00 | $ 200.00 | $ 104,400.00 |
| 16 | Liviu Damian | Infastructure Engineer | 10% | 29 | 174 | 2 | $ 600.00 | $ 600.00 | $ 104,400.00 |
| 17 | Cezar Paraschiv | Project Manager | 90% | 261 | 1566 | 3 | $ 600.00 | $ 600.00 | $ 939,600.00 |
|   | | Total | | 2190 | 13137 | | | | $ 6,207,450.00 |
|   | | | | | | | | Blended rate | $ 472.52 |

**Deliverables**

Consensys will provide the system architecture, wireframes, design and development for the DDP ecosystem. The ecosystem includes DDP, DDP Pro, Singular Admin and all the underlying blockchain infrastructure for funds flow.

<u>Alpha version (Q4 2018)</u>

**DDP Pro functionalities:**
- DDP Pro will be a web-based application.
- Authentication module. The module allows artists to authenticate to the platform with their Singular DTV/ Tokit lightwallets or Metamask wallets.
- Channel management. Artists will be able to create and manage channels:
  - Create channels:  Name, profile picture, cover picture, description, social media links, unique URL generated at the channel level.
  - Archive channels option.
  - Discoverable option: If the discoverable option is active, the channel is visible in DDP app and can be found in search. Otherwise, the channel can be seen in the DDP app only by the creator of the channel by clicking on the unique URL associated with the channel.

- Stats page: Two metrics: revenue and no. of purchases. Other functionalities: breakdown per channel, content type, time interval.
- Wallet management: The artist has access to an interface that displays all the tokens in his wallet and can interact with the reward contract of each token.
- Content management. Artists will be able to upload two categories of content: Movies & Music.
  - Movies upload:
    - Accepted file formats: mp4.
    - File quality: 4k, 1080p, 720p, 480p.
    - Metadata and associated files: release date, synopsis, poster, artwork, trailers, rating, subtitles, genre, IMDB + Rotten Tomatoes ratings, cast and crew, distribution territories, distribution agreement.
    - File size conversion system: High-quality files are automatically converted to smaller quality formats. For example, a 4k format is automatically converted to 1080p, 720p, 480p.
    - Token model: The artist has to associate one or more tokens and/or wallet addresses with the movie.
    - Price setup: The artist has to set up the selling price and has the option to set up also a renting price. The price has to be set up in USD.
    - Upload payment fee: To finish the upload process, the artist has to pay a fee. The fee is denominated in USD but the payment is made in ETH or SNGLS

- - - 
      - Discoverable option: If the discoverable option is active, the file is visible in the DDP app and can be found in search. Otherwise, the movie page can be seen in the DDP app only by the creator of the channel by clicking on the unique link associated with the title.
      - Generation of unique URL at the title level.
    - Music upload:
      - Accepted file formats: FLAC, mp3.
      - File format conversion system: FLAC files are automatically converted to mp3 files.
      - Metadata and associated files: release date, album title, artist/band, poster, artwork, rating, genre, song title, distribution territories, distribution agreement.
      - Token model: The artist can associate one or more tokens and/or wallet addresses with each song.
      - Price setup: The artist has to set up the price per album and per song. The price has to be set up in USD.
      - Upload payment fee: To finish the upload process, the artist has to pay a fee. The fee is denominated in USD but the payment is made in ETH or SNGLS.
      - Discoverable option: If the discoverable option is active, the album is visible in DDP app and can be found in search. Otherwise, the album page can be seen in the DDP app only by the creator of the channel by clicking on the unique link associated with the title.
      - Generation of unique URL at the title level.
- Content Distribution - a torrent network will be established to distribute digital content files to DDP consumers:
  - Torrents conversion system: all the uploaded files are converted to torrent files and pushed to the seeding system.
  - Seeders: To ensure high availability, DDP will have several seeders (cloud servers) in different geo-locations.  Seeders contain complete consumer-ready files for all or most of the content available on DDP.
  - Clients:  Any computer with DDP becomes a client on the network.  As content is purchased, complete or partial files are downloaded to the client computers from the seeders.  When a specific file is purchased, the computer (in "leecher" mode), reaches out to the torrent network and downloads the file(s) from the closest computers in the network, other clients or seeders.  This computer can now be a source for that file to other clients on the network.
  - DRM:  All peers do a initial handshake to validate the public key presented by the parties. Payment and eligibility of the leecher to download the file(s) is verified by the seeder, and only after successful verification data is sent. The data is then encrypted on disk using the leechers unique key. In future versions (v1), communication between the peers will be encrypted using a unique key generated after the handshake.

- Notification module – Artist will receive notifications as below:
  - Title/channel delisted due to reporting or moderation.
  - Title/channel republished due to moderation.
  - Fiat to ETH payments.

**DDP functionalities:**

- DDP will be released as a desktop application and will be available on both MacOS and Windows operating systems.
- Built-in updates system: every new session, the app checks for new updates and installs them.
- Authentication module: To rent or buy content and access the library a user has to be authenticated. The authentication process requires the creation of an account. The account creation requires a valid email address, a password, and a username.
- Specific rental framework: 30 days to play the movie, 48h after the movie is played.
- Payment method: Two payment methods available:
  - Fiat payment: The app is integrated with Stripe, a third party card processor.
  - ETH payment. A user has to upload a wallet loaded with ETH.
- Two available categories of content: Movies and Music.
- My library section: All the purchased/active rental content is available in My Library section.
- HTML 5 built-in video and music player with support for Widevine DRM.
- Search module.
  - 1. You can search by content/channel;
  - 2. A channel could be found by name and description;
  - 3. A content (MOVIE, SONG) could be found by name, description, cast (when applies);
  - 4. On content search you can apply filters like `type` (MOVIE, SONG) and `genre` (for example a MOVIE that is a COMEDY);
  - 5. The search does not take into account the upper/lower case and permits the user to make "one letter mistakes".
- Playlist module. A user can create playlists for audio files.
- Automatic recommendation module:
  - New content
  - Popular content
- Favorites page. Users can add content to favorites.
- Review module: Users can review content.
- Report content function: Users can report content if inappropriate. If the number of reports exceeds a certain threshold the content is automatically removed.

**Singular DTV Admin**

- The Admin is a web-based application.

- Manage reported content. The admin can re-publish automatically removed content or unpublish inappropriate content.
- Report Fiat revenue and allow ETH to be pushed into the revenue smart contracts or wallets.
- Create content sections on homepage/music/movies pages. It allows the admin to define a section and add content to it. The admin can select the image format for any content title. The sections can be published, unpublished and ordered.
- Agreement section. It lists all the users who have agreed with the distribution agreement.

**Blockchain infrastructure:**

- Fiat reporting. It calculates how much ETH (converted from Fiat) has to be pushed to the reward smart contracts or wallets in a given period of time. The admin has to upload a wallet loaded with the required ETH and the ETH is automatically pushed to the reward smart contracts.

Beta Version (Q1 2019)

The following functionalities will be added for Beta:

**DDP Pro functionalities:**

- KYC gate for artists. Before creating a channel, all users have to go through a KYC process. The process is similar to the one already in place for campaign creation on Tokit. If some artists already have a valid Tokit campaign KYC they have the option to select it and automatically be granted the right to use the platform.
- Support module. It allows artists to create tickets and send them to the support team. All the messages are sent to Singular DTV's Zendesk account.
- Token creation. When setting the token model, the user has the option to create a new token.
- Payments history module. Has two components:
    - It lists all the transactions made on the Artist's content. Each transaction has the following details: transaction date, content name, channel name, content type, sale type (rented, bought), payment option. The module has a csv export option.
    - It lists all the FIAT to ETH payments made by Singular DTV to the artist.
- Billing information. Before paying the upload fee, the artist is requested to fill out a billing info form. An invoice will be sent to the artist's email address every time he pays the upload fee.
- Artist will be able to choose to distribute Movies DRM-free or with Widevine DRM. Both DRM-free and DRM content will be encrypted on user's device using a unique key per user.

- ○ DRM-free:  Files will be still be encrypted on the user's device using a unique key per user. The user will have an option to export the DRM free file. The export option decrypts the file(s) and prompts the user for a location on disk to save file(s).
- ○ Industry Standard DRM – DDP will offer encryption using Widevine
    - ■ DDP will apply Widevine DRM to files prior to being added to the torrent network for Movies that are not DRM-free. Keys are then sent to CastLabs.
    - ■ Consensys will integrate DDP with CastLabs DRMtoday service to authenticate and receive DRM license for consumer purchase. CastLabs queries DDP to validate a request.
- Preview option: The artist can use the preview option to open the content page in the DDP app before the content files are processed. The preview button opens the app directly.
- Share option: After the file is processed, the artist has the option to share the content page. The share link opens a web page and the web page opens the app. Everyone with the share link can open the content page in the DDP app, even if the content discoverable toggle is set to off.

**DDP functionalities:**

- Newsletter opt-in at signup. MailChimp integration.
- 18yo required checkbox at signup
- Terms and condition at signup.
- Billing information. The user has to set up his billing info before making any purchase on the platform. An invoice will be sent on the user's email address every time it makes a purchase on the platform.
- Avalara integration for TAX calculation and financial reporting.
- Audio and subtitles. The user will be able to choose between different subtitles and audio tracks when watching a movie.
- Add tags as search filters.
- Discount codes. The codes have an expiration date and can be used once per user. When used, the user gets a discount.

**Singular DTV Admin**

- Artist waiver module. The admin can whitelist artist to skip the upload fee required step.
- Tags module. The admin can tag content with the following: Tokit Original, Singular Original, Exclusive Access, Bracker's Picks.
- Sections for Channel page.
- Sections preview functionality.

ConsenSys AG
c-o Sielva Management SA
6300, Zug  Switzerland
http://www.consensys.net



# INVOICE

**BILL TO**
SingularDTV GmbH
Gubelstrasse 11
CH-6300 Zug Switzerland

**INVOICE NO.** 1012
**DATE** 11/07/2017
**DUE DATE** 11/22/2017
**TERMS** Net 15

| ACTIVITY | AMOUNT |
|---|---:|
| **Sales** Series A & Public Token Launch Module | 1,440,000.00 |

This invoice can be paid directly to our bank account. If you have any questions please contact us at frithjof.weinert@consensys.net.

**BALANCE DUE**

**USD 1,440,000.00**

Bank details
Account holder: ConsenSys AG
Bank name: Credit Suisse Group AG
Account number: 0823-1278311-42
IBAN: CH09 0483 5127 8311 4200 0
BIC/Swift: CRESCHZZ80A

Our VAT-ID: CHE-462.543.441 MWST

| | Parameters | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Project Name | Series A & public token launch module | | | | | | |
| | Discount | 0% | | | | | | |
| | Project Duration (days): | 300 | | | | | | |

**Project Details**

| | Resource | Role | % Allocation | Days | Man-Hours | Exp (1 low-3 high) | Standard Rate | Discounted Rate | Cost |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Milad Mostavi | Blockhain Architect | 40% | 120 | 960 | 3 | $ 800.00 | $ 800.00 | $ 768,000.00 |
| 2 | Dragos Rizescu | Frontend Engineer | 20% | 60 | 480 | 1 | $ 300.00 | $ 300.00 | $ 144,000.00 |
| 3 | Vlad Todirut | UX Designer | 20% | 60 | 480 | 2 | $ 300.00 | $ 300.00 | $ 144,000.00 |
| 4 | Stefan George | Smart Contract Engineer | 10% | 30 | 240 | 3 | $ 800.00 | $ 800.00 | $ 192,000.00 |
| 5 | Joseph Chow | Smart Contract engineer | 10% | 30 | 240 | 3 | $ 800.00 | $ 800.00 | $ 192,000.00 |
| | | Total | | 300 | 2400 | | | | $ 1,440,000.00 |
| | | | | | | | | Blended rate | $ 600.00 |

**Description of the services**
**SingularDTV website development**
ConsenSys Provided Resources will provide support for creating the underlying architecture of the Singular DTV ecosystem.
ConsenSys Provided Resources will:
Create SingularDTV's brand identity (logo and color scheme).
Create SingularDTV's website design.
Develop the website using CSS/HTML/JavaScript.
Deploy the website on an Azure Server.
Provide website maintenance.
**Series A token launch module development**
ConsenSys Provided Resources will develop the Series A token launch module that allows preferential SNGL token purchases. The module allows credit card, BTC, and ETH payments.
**Token Launch Dapp module development**
ConsenSys Provided Resources will develop the Token Launch Smart Contract.
Consensys Provided Resources will help building all the documentation for the Token Launch Dapp.
**Revenue Share Smart Contract development**
ConsenSys Provided Resources will develop the Revenue Share Smart Contract.