♦ r/ethereum    Log In    Sign Up

▲ 52 ▼   <> Co...   ✕ Close

▲
**52**
▼

Posted by
u/jakevartanian
5 years ago

## Co-Founder Joe Lubin Talks Future Of SingularDTV

singulardtv.com/videos...

88% Upvoted

💬 13 Comments

r/ethereum

Next-generation platform for decentralised applications. Dive in at ethereum.org

**1.2m**
Builders

**1.1k**
Building

🎂 Created Dec 14, 2013

Share     Join



TOP POSTS AUGUST 23RD 2016

TOP POSTS OF AUGUST, 2016

Log in or sign up to leave a comment

**TOP POSTS 2016**

| | |
|---|---|
| Help | About |
| Reddit Coins | Careers |
| Reddit Premium | Press |
| Reddit Gifts | Advertise |
| | Blog |
| | Terms |
| | Content Policy |
| | Privacy Policy |
| | Mod Policy |

Reddit Inc © 2021 . All rights reserved

**Log In**

**Back to Top**

Sort By: Top (Suggested) ▼

**GroupGnosis** · 5y ago

We are very excited about SingularDTV!

▲ 14 ▼    💬 Reply    Share    Report    Save

**jakevartanian** · OP · 5y ago

And we are very excited about Gnosis! Thank you for the support.

⬆ 12 ⬇  Reply  Share  Report  Save

**arie_levycohen** · 5y ago

Zach LeBeau: SingularDTV's CEO, Joe Lubin of ConsenSys (CTO), Kim Jackson of Evotion Media (CCO) and Arie Levy-Cohen (CFO) -- executing the CODE to implement the most disruptive Decentralized Media Company and Rights Management Platform on the street today!

⬆ 14 ⬇  Reply  Share  Report  Save

 **reddibrek** · 5y ago

Was amazed by the vision when I first read about SingularDTV. Can't wait!

9   Reply   Share   Report   Save

 Of or · 5y ago · edited 5y ago

Very good to see some people outside the immediate Cryptocommunity involved in projects. This looks very interesting, also because of the broad angles and experiences of the team. Was briefly reminded by Alexander Kluge's DCTP (http://www.dctp.tv). A TV production company in the late '80s and early '90s who had a similar orthogonal approach at the field (far more limited though).

Very impressed by the steady, clear and open vision Joe Lubin perpetuates over the last years in Ethereum.

 6  Reply  Share  Report  Save

 **drewshaver** · 5y ago

Can I invest in SingularDTV?

⬆ 5 ⬇   💬 Reply   Share   Report   Save

 **TheRudimentaL** · 5y ago

You will be able to buy SNGLS.

⬆ 5 ⬇   💬 Reply   Share   Report   Save

Continue this thread →

 **jakevartanian**  OP · 5y ago

check out the lightwallet, where you will be able to purchase the tokens! singulardtv.com/lightwallet

⬆ 5 ⬇   💬 Reply   Share   Report   Save

 **John_Packel** · 5y ago

Love it! Excellent articulation of the vision and real-life, real-people use cases, as usual. Good point about the timing being immediate, as opposed to the 1-3 years it may take for the general population to interact directly with other services on the EWC platform.

You could consider a bounty (in ETH, naturally) for 10% improvement in the recommendation engine to surface user choices, as Netflix did. But then actually USE it because your mission is so different (not to mention your cost structure)!

↑ 2 ↓  Reply   Share   Report   Save



OX3 · 5y ago

This just feels a bit too evangelical to be a mainstream success to me. Singularity-based sci fi and documentaries on Ethereum are not going to pull audiences or attract content.

0    Reply    Share    Report    Save



YangNation to · 5y ago

Could you elaborate as why you think so?

2    Reply    Share    Report    Save

More posts from the ethereum community


1.2k


Posted by u/Historian_investor
2 days ago



**Satoshi owns 5.2% of all the bitcoin supply and is an unknown person. Vitalik owns**

.023% of all ethereum supply and is known person. Which coin you wouldn't care if the creator dumped all of his Holdings?

nsfw

 495 Comments

Posted by u/ledonskim754
903
5 days ago

 2

### Silk Road Founder Ross Ulbricht to Launch NFT Collection on Ethereum

decrypt.co/87404/... 

 350 Comments


4
 u/fidelityinvestments

・ Promoted

You've seen how far we've come in 30 years. Now

you can invest in where we're headed, with Fidelity Disruption and Megatrends Funds.

fidelity.com  Learn Mo

0 Comments

Posted by u/Artistic_Dwilko
2 days ago

875

 3

### Ethereum for beginners



89 Comments

648

Posted by
u/ethereumgasbot
4 days ago

  3

## How I used the blockchain against scammers who scammed me and got them to double my funds free of charge

 218 Comments

576

Posted by
u/Fuzzy-Menu-1491
6 days ago

## Genuinely curious - what is stopping people from leaving Eth to

a competitor (to name a few, Algorand, Solana, Poly, etc.) given the cost of transacting?

770 Comments

Posted by
u/passivation23
516
5 days ago

 4

Vitalik is gonna be at the Dec 9th zk-conference put on by Polygon. If you don't know, now you know! The future of ethereum



Case 1:21-cv-10130-VEC Document 37-4 Filed 12/07/21 Page 17 of 19

Case 1:21-cv-10130-VEC Document 37-4 Filed 12/07/21 Page 18 of 19

Continue browsing in r/ethereum