## VOLLMACHT

**Zachary James LeBeau**, 345 West 57th Street, #175 New York, NY 10019, USA

hereinafter Principal, hereby authorizes by granting the right of substitution

**Attorney and Notary Public Dr. Melchior Glatthard**; and
**Attorney Niklaus Glatthard**

hereinafter Attorneys or Representatives with mailing address as per their law firm

**Advokatur & Notariat Glatthard, Limmatquai 80, CH-8001 Zürich**

with representation rights in the matters of **SingularDTV GmbH**.

The Attorneys are hereby authorized to represent the Principal in this matter and to carry out all the requisite legal actions in his/her name in their capacity as holders of an unlimited power of attorney. In particular, they are individually authorized to initiate legal proceedings, to recognize or withdraw claims, to initiate and execute debt enforcement proceedings, to file bankruptcy applications, to receive payments, securities and objects of litigation and to sign receipts therefor with legal effect, to conclude an agreement on jurisdiction or an arbitration agreement, to conclude a settlement or a waiver or to justify the waiver, to conclude contracts, to act as representation in inheritance matters and in the event of public notarizations and registry of deeds transactions, and moreover to undertake everything that requires a special power of attorney by law. The Attorneys shall safeguard the interests of the Principal properly and fairly and shall conscientiously manage those matters with which they have been entrusted; moreover they shall comply with their duties of loyalty and confidentiality.

The Principal shall pay the fees and the expenses of the Attorneys. The fee is calculated in accordance with the fee agreement concluded with the Principal or, in the absence of which, pursuant to the applicable cantonal fee ordinance for attorneys. The Principal shall pay the Attorneys an appropriate advance payment upon request and to increase this if necessary. In order to secure its claims the law firm has a lien on the Principal's anticipated entitlements, receivables and other rights. In order to be able to assert any claims arising from this contractual relationship, the Representatives are released from their duty to maintain professional secrecy. The Principal hereby agrees to communication by e-mail.

**The ordinary courts at the location of the registered offices of the law firm are recognized as competent for any disputes that arise between the Principal and the Attorneys or the law firm, insofar as the law does not stipulate any other mandatory jurisdiction. Swiss substantive law shall apply. Subject to the provisions governing the competence of the legal supervisory body.**

This power of attorney can be revoked at any time. Subject to provisions of procedural law to the contrary, this power of attorney does not lapse in the case of the death, the official declaration of being missing, the loss of the capacity to act or the bankruptcy of the Principal. A copy of this power of attorney is available for the Principal.

| | |
|---|---|
| New York, USA    September 24, 2021 | *[signature]* |
| Place, Date | Zachary James LeBeau |