SingularDTV GmbH

Gartenstrasse 6

6300 Zug

Zug, 12 February 2019

**Resignation as Director of SingularDTV GmbH, Zug**

Dear colleagues

I hereby declare my resignation as director of SingularDTV GmbH, Zug, with immediate effect. I would like to take this opportunity to thank you all for the always productive collaboration and wish you all the very best for your professional and personal future.

Sincerely

Arie Levy-Cohen