# KOBRE & KIM

800 Third Avenue
New York, New York 10022
www.kobrekim.com
Tel +1 212 488 1200

December 8, 2021

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      **RE:**    *SingularDTV GmbH v. LeBeau, et al.*, No. 1:21-cv-10130 (VEC)

Dear Judge Caproni:

      We represent Plaintiff SingularDTV GmbH (the "Company") in the above-captioned action. We write to acknowledge the letter filed by Defendants (Dkt. No. 41) and we hereby inform the Court that we are preparing a brief response to be submitted by 2:30 PM ET.

      Respectfully submitted,

      /s/ Benjamin J.A. Sauter
      Benjamin J.A. Sauter
      benjamin.sauter@kobrekim.com
      212-488-1288

**Americas** (New York, Buenos Aires, Chicago, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**Asia-Pacific** (Hong Kong, Seoul, Shanghai), **EMEA** (Dubai, London, Tel Aviv), **Offshore** (BVI, Cayman Islands)

Kobre & Kim refers to Kobre & Kim llp, a New York Limited Liability Partnership.