```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
  SINGULARDTV GmbH,                               :
                                                  :
                         Plaintiff,               :
                -against-                         :
                                                  :                21-CV-10130 (VEC)
  ZACHARY LEBEAU and KIMBERLY                     :
  JACKSON,                                        :                     ORDER
                                                  :
                         Defendants.              :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/21

VALERIE CAPRONI, United States District Judge:

WHEREAS a teleconference was held on December 9, 2021;

IT IS HEREBY ORDERED that the preliminary injunction hearing currently scheduled for Tuesday, December 14, 2021, at 10:00 a.m. is ADJOURNED until **Wednesday, January 5, 2022 at 11:00 a.m.** in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.  The parties should note that this is a different date and time than that stated on the record during the December 9, 2021 teleconference, in which the Court indicated that the hearing would take place on Tuesday, January 4, 2022, at 10:00 a.m.  The Court realized after the telephone conference that it has a conflicting hearing that day that cannot be changed and apologizes for any inconvenience the change in date and time causes.

IT IS FURTHER ORDERED that Plaintiff's two Switzerland-based witnesses, Mr. Patrik Allenspach and Mr. Michael Mraz, may testify via video.

IT IS FURTHER ORDERED that Plaintiff must still reply to Defendants' briefing in opposition to the motion for a preliminary injunction by December 10, 2021.  In light of the adjourned date for the hearing, Defendants may supplement or substitute their briefing in opposition not later than December 27, 2021.  Defendants are cautioned that the Court is NOT

authorizing the submission of a surreply.  Plaintiff may reply to any additional or substituted briefing by the Defendants not later than January 3, 2022, at 10:00 a.m.

IT IS FURTHER ORDERED that the parties must submit witness lists to the Court, including the anticipated length of direct testimony, not later than December 29, 2021.  Courtesy copies of any exhibits either party intends to introduce must be provided to the Court electronically to CaproniNYSDChambers@nysd.uscourts.gov not later than **noon, January 3, 2022**.

IT IS FURTHER ORDERED that the existing Temporary Restraining Order, as amended, is extended until January 5, 2022.

**SO ORDERED.**

Date:  December 9, 2021
       New York, NY

_____
VALERIE CAPRONI
United States District Judge