# EXHIBIT 1



About Us    Features    GAZE & Reward    Support    News    Contact

GazeTV Dapp





GazeTV is a decentralized blockchain-powered social entertainment platform with built-in incentives and reward functions. The GAZE tokenized ecosystem is built to empower creators to tailor their content and be awarded for their work, and audiences to reward creators and engage with video content a whole new way!

## Our Mission

GazeTV embraces and upholds content creation. We believe that content creation is invaluable, but on legacy video platforms, content creators are being exploited even though they constantly contribute their works to the platforms.

GazeTV is here to make a change – building a better platform and forming the Gazer community, a beneficial ecosystem for creators, audiences and the platform itself.



About Us    Features    GAZE & Reward    Support    News    Contact

**GazeTV Dapp**

# Meet Our Team



### Jack Cheng

Co-founder, GazeTV foundation



### Zach LeBeau

Co-founder, GazeTV foundation



### Kim Jackson

Co-founder, GazeTV foundation



### Jesse Co

Technology Lead, GazeTV.com



### Eric Chan

BD (OPS) Manager, GazeTV.com



### Jeffrey Cheung

BD Manager, GazeTV.com



About Us    Features    GAZE & Reward    Support    News    Contact

GazeTV Dapp



### Doreen Fung

Marketing Specialist, GazeTV.com



### Xavier Siu

Senior Visual Designer, GazeTV.com

# Resources
## Find our official brand assets here!

## Brand Logo & Icon

Positive

**Download PNG**

Negative

**Download PNG**

White monochromatic

**Download PNG**



About Us    Features    GAZE & Reward    Support    News    Contact



GazeTV Dapp

Download PNG

Download PNG

Download AI File

Download Logo Guideline

## Presentation Deck

English    繁體中文    简体中文    한국인    日本語



Copyright reserved © 2021 | GazeTV Foundation

GAZE Token Contract Address:
0xd1e06952708771f71e6dd18f06ee418f6e8fc564

Marketing@GazeTV.com

CoinMarketCap    CoinGecko    BlockSpot





About Us     Features     GAZE & Reward     Support     News     Contact

GazeTV Dapp