# EXHIBIT 2



# GazeTV

**SAVE**

Summary | People | Technology | Signals & News

## About

GazeTV is a social entertainment platform that allows creators and their audience to interact, support, and grow with each other.

- 11-50
- Private
- gazetv.com/
- 199,304

## Recent News & Activity

**News • Apr 20, 2021**
TechRound — Interview with Jack Cheng, Co-Founder at Social Entertainment Platform: GazeTV

**News • Apr 15, 2021**
GazeTV — GazeTV Foundation Site Is Live!

**News • Apr 14, 2021**
Yahoo! News — GazeTV Launches Blockchain-Powered Social Entertainment Platform That Puts Creators First

**VIEW ALL >**

## Details

**Industries**
Blockchain | Information Technology | Media and Entertainment | Music Streaming | Social Media | Video Streaming

**Founded Date**
2020

**Founders**
Jack Cheng, Kim Jackson, Zach Lebeau

**Operating Status**
Active

GazeTV jumps out of the traditional model and has adopted blockchain technology for the advancement of data transparency and management. To encourage content creation and interaction of audiences and creators, there are tokenomic incentives. As most social entertainment platforms lack transparency, most creators are only able to earn small advertising fees through in-stream advertisements. Not only are they unable to predict the revenue from each video, but frequent in-stream advertisements also disrupt users from viewing video content. On the contrary, GazeTV makes use of Ehereum Blockchain and the unique tokenomics to incentivize Gazer community by measuring the uploaded video duration by the second as well as their activities like the frequency of view, like, comment and sharing videos. Creators are able to customize the theme and price of their videos. Then audiences can pay to unlock content or to make direct donation to content creators. At the same time, the platform also provides automated content synchronization and data analysis. These assist creators in importing content from multiple platforms to GazeTV. GazeTV private access was started since 30 March 2021. The public version has announced to go-live today. Currenly the platform has gained over 360,000 minutes of video content. The platform has successfull gained tractions, creators such as Gramatik, one of the well known electronic musician and

Hey there! Are you trying to unlock more data on this page?

No, I need support!
Yes, I want to see more!
I found what I was looking for.

crytpo-artists, has started an official channel on GazeTV platform. It is expected thousands and thousands of creators and audience worldwide are joining.

GazeTV platform: https://GazeTV.com GazeTV Foundation: https://GazeTVF.com

 GazeTV

 SAVE

Summary | People | Technology | Signals & News

### Lists Featuring This Company

| | | |
|---|---|---|
| Video Streaming Female Founded Companies | | TRACK |
| Information Technology Female Founded Companies | | TRACK |
| Blockchain Companies | | TRACK |
| Social Media Companies (Top 10K) | | TRACK |

SHOW MORE



Get the most out of Crunchbase



Hey there! Are you trying to unlock more data on this page?

No, I need support!

Yes, I want to see more!

I found what I was looking for.

TRY PRO FREE

© 2021 Crunchbase Inc. All Rights Reserved.



GazeTV

SAVE

Summary    People    Technology    Signals & News

Hey there! Are you trying to unlock more data on this page?

No, I need support!

Yes, I want to see more!

I found what I was looking for.

