# EXHIBIT 3

Posts (/) | Proposals (https://wallet.hive.blog/proposals) | Witnesses (https://wallet.hive.blog/~witnesses) | Login (/login.html) | Sign up (https://signup.hive.io/) | Our Apps (https://hive.io/eco/) |  (/search.html) (/submit.html)

## FEATURES OF THE GAZE TV PLATFORM COMPARED TO OTHERS

empato365 (64) ▼ (/@empato365) in #gazetv (/trending/gazetv) • 6 months ago



Creating content takes time and so does interacting with the content. Yes, anyone can make a video, anyone with a smartphone or camera and the internet can become a content creator. However, this doesn't mean that making videos or curating videos doesn't take time and effort. There are a lot of social entertainment platforms where videos can be posted, some of which are; Youtube, Facebook, Reddit and others, but most of these platforms do not reward the content creators. It is now a case of exploitation of content creators. On other platforms, the content creators do not matter and the audience is not regarded too. This is the major problem of the social platforms we have today. However, a team of people came together to solve this problem by creating a beneficial ecosystem referred to as GazeTV.

### WHAT IS GAZE TV



GazeTV is a decentralized social entertainment platform that is powered by blockchain technology and has built-in incentives and reward functions. This platform powers a token known as GAZE. In general, the tokenized platform ignites and encourages content creation as well as audience engagements. GazeTV foundation was co-founded by Jack Cheng, Zach LeBeau and Kim Jackson. These individuals noticed a problem on other social entertainment platforms and decided to create an ecosystem that solves the problems. With GazeTV, content creators are no longer exploited as seen on other platforms and the audiences are not taken for granted either. It is now evident that GazeTV is a beneficial ecosystem for everyone, including the platform, content creators and the audience. Everybody wins on GazeTV.

That being said, there are several features that distinguish this protocol from other existing social entertainment platforms and we'll be looking at them shortly.
The features of this platform are classified into two; for content creators and for the audience.

**FEATURES FOR CONTENT CREATORS**



GazeTV offers features that encourage content creation and simplifies video uploads. These features are;

1. Automated video synchronization
Unlike other social entertainment platforms, GazeTV allows content creators to easily import their content from other platforms to their GazeTV channel. This feature supports video synchronization from over 455 million WordPress websites and other social platforms like Facebook and YouTube. This simply means that if you have a video, original content on YouTube or Facebook, you can bring that content to your GazeTV channel with ease.

2. Reward for content upload
Are you tired of uploading content on platforms without being rewarded? GazeTV has come to change that. This platform ensures that every second count by creating a mechanism, content upload reward pool to ignite and encourage content creation. On this platform, content creators are rewarded based on the duration of uploaded content.

3. Earning is proportional to engagements
Apart from the content upload reward mechanism, GazeTV also has an engagements reward pool mechanism. This reward mechanism is aimed at encouraging audience-creator relationships. This means that the content creators are rewarded based on the degree of engagement in their content. The engagements here include likes, comments, views and shares. So, the more engagement you have as a content creator, the more reward you gain.

4. Direct support culture
GazeTV encourages direct support culture. This means that content creators can directly receive donations or support from audiences.

5. Set price for content

At GazeTV, creators can decide to set a price for their video content. You can either make your content free or priced in GAZE token. For priced content, the audience will have to pay GAZE to unlock the content. The GAZE token has a strong use case.

6. Data visualization
This social entertainment platform provided content creators with integrated data analytics that help them to measure their content and channel performance. The data is presented in bar charts, trend charts, line and heat maps that are easy to read and understand.

FEATURES FOR AUDIENCE



The audience is also rewarded on GazeTV. This goes ahead to prove that everyone matters on GazeTV. So, below are features provided for audiences;

1. Watch and earn
The audience is rewarded for watching videos on GazeTV. This is one of the unique features of GazeTV. Unlike other platforms, the audience is recognized and encouraged to watch videos on GazeTV.

2. Rewards for engagement
As the content creators are rewarded for the level of engagement on their content, the audience is not left out. For your number of views, likes, comments and shares on the platform, you also get rewarded in GAZE token. This proves that GazeTV encourages engagements.

### 3. Support to creators

The audience is allowed to provide direct support to content creators. 70% of such contribution goes to the content creator following his pay date schedule, while 15% goes to the engagement reward pool and another 15% goes to the content upload reward pool.

### 4. Customised videos

On this platform, videos can be customized for the audience based on the user's interest. Video customization is enabled on GazeTV.

### 5.

Finally, staking for gifts redemption. On GazeTV, the audience can stake to redeem gifts and rewards.

#gaze (/trending/gaze)   #gazetvf (/trending/gazetvf)   #socialmedia (/trending/socialmedia)

#video (/trending/video)

6 months ago in #gazetv (/trending/gazetv) by empato365 (64) ▾ (/@empato365)   ⇄ Reply   💬 0
(/gazetv/@empato365/features-of-the-gaze-tv-platform-compared-to-others)

$0.00   4 votes ▾