# EXHIBIT 21



# Minutes

of the

# Extraordinary Members' General Meeting

of

# SingularDTV GmbH

held on Friday, 24 September, 2021

17.30 – 17.40 CET (11.30AM-11.40AM Eastern Time)

via zoom video conference

**Attendees:**

- **Arie Yehuda Levy-Cohen,** Shareholder / Chairman of the Board of Managing Directors

- **Joseph Lubin,** Shareholder

- **Patrik Allenspach**, Resident Signatory

Agenda:

1. Constitution of the meeting

2. Agenda items:

   - Removal of Zachary James LeBeau as Managing Director ("*Geschäftsführer*") of SingularDTV GmbH
     *Proposal of the Managing Directors: Remove Zachary James LeBeau as Managing Director ("Geschäftsführer") of SingularDTV GmbH.*

   - Removal of Joseph Lubin as Managing Director ("*Geschäftsführer*") of SingularDTV GmbH in accordance with Article 815 CO, due to the breaches of his duty of care, duty of loyalty as managing director, namely because of his conflicts of interest

   - Application to the court in accordance with Article 823 CO and Article 12 no. 14 of the Articles of Association of SingularDTV GmbH to exclude Arie Levy Cohen as shareholder ("*Gesellschafter*") of SingularDTV GmbH for good cause ("*wichtige Gründe*"), due to breaches of his duty of care, duty of loyalty, namely because of his conflict of interest

   - **Re-Election of the auditor**
     *Proposal of the Managing Directors: Re-Election of AVANTA AUDIT AG, Company-No. CHE-376.424.285 (formerly KBT Revisions AG) as SingularDTV GmbH's auditor for the fiscal years 2020 and 2021.*

3. Miscellaneous

2

1. **Constitution of the Meeting**

Present (via video conference):

- **Arie Levy Cohen**, Managing Director and Chairman ("AYLC")
- **Joseph Lubin**, Managing Director ("JML")
- **Patrik Allenspach**, Resident Signatory ("PA")

AYLC opens the meeting and takes the chair. He designates PA as secretary.

The Chairman declares:

> Invitation: Today's Members' General Meeting has been duly called in accordance with the articles of association and statutory law by e-mail from August 31st, 2021.
>
> The Members' General Meeting is held electronically via video conference in accordance with article 27 of the Ordinance 3 of 19 June 2020 on Measures to Combat the Coronavirus (COVID-19 Ordinance 19).
>
> Presence: AYLC and JML are present, Zachary James LeBeau, who owns 43% of company's share capital, is absent without excuse.
>
> Therefore, 57% (meaning CHF 11'400.00) of the share capital of CHF 20'000.00, divided into 200 shares with a nominal value of CHF 100.00 each, is represented in this meeting.
>
> Quorum: Today's Members' General Meeting is properly constituted and the quorum for today's agenda items is met.

No objections are raised against these statements.

2. **Resolutions:**

2.1. **Removal of Zachary James LeBeau as Managing Director ("Geschäftsführer") of SingularDTV GmbH**

The Members' General Meeting unanimously votes in favour of the removal of Zachary James LeBeau as Managing Director ("Geschäftsführer") of SingularDTV GmbH in accordance with article 815 paragraph 1 CO.

2.2. **Removal of Joseph Lubin as Managing Director ("Geschäftsführer") of SingularDTV GmbH in accordance with Article 815 CO, due to the breaches of his duty of care, duty of loyalty as managing director, namely because of his conflicts of interest**

The Members' General Meeting unanimously votes against the removal of Joseph Lubin as Managing Director ("Geschäftsführer") of SingularDTV GmbH in accordance with Article 815 CO.

### 2.3. Application to the court in accordance with Article 823 CO and Article 12 no. 14 of the Articles of Association of SingularDTV GmbH to exclude Arie Levy Cohen as shareholder ("Gesellschafter") of SingularDTV GmbH for good cause ("wichtige Gründe"), due to breaches of his duty of care, duty of loyalty, namely because of his conflict of interest

The Members' General Meeting unanimously votes against the application to the court in accordance with Article 823 CO and article 12 no. 14 of the Articles of Association of SingularDTV GmbH to exclude Arie Levy Cohen as shareholder ("Gesellschafter") of SingularDTV GmbH for good cause ("wichtige Gründe").

### 2.4. Re-Election of the auditor

The Members' General Meeting unanimously votes in favour of the re-election of AVANTA AUDIT AG, Company-No. CHE-376.424.285 (formerly KBT Revisions AG) as SingularDTV GmbH's auditor for the fiscal years 2020 and 2021.

## 3. Miscellaneous

There are no further points to discuss.

AYLC closed the Members' General Meeting at 17.40h CET.

The Chairman of the Board

*[signature] 30-SEP-2021*

Arie Yehuda Levy Cohen

The Secretary

*[signature] 4 Oct 2021*

Patrik Allenspach

Distribution:

- Company
- Members of the Board of Managing Directors
- Shareholders