# EXHIBIT 29

| | |
|---|---|
| **From:** | Edward Greenwood |
| **To:** | Patrik Allenspach; Alicja Gniady; Judy Wernsing |
| **Subject:** | FW: ETH-USD - Trade Summary - SingularDTV, LLC - 05/04/2021 |
| **Date:** | Wednesday, May 5, 2021 10:44:25 AM |
| **Attachments:** | image001.png |

Zach sold some ETH through Cumberland, just to take advantage of the high prices.

Judy – Money should be wired in today.

Ed

**Edward Greenwood**
Controller

212 289 0772 x 110 / www.Breaker.io a SingularDTV.com company
217 Water St. Suite 201. New York, NY  10038
New York / Zug / Los Angeles / Hong Kong

**From:** Zach LeBeau <zachlebeau@gmail.com>
**Sent:** Tuesday, May 4, 2021 5:18 PM
**To:** Cumberland Operations <operations@cumberland.io>
**Cc:** Edward Greenwood <egreenwood@breaker.io>; Kim Jackson <kim@breaker.io>; Cumberland Trades <trades@cumberland.io>
**Subject:** Re: ETH-USD - Trade Summary - SingularDTV, LLC - 05/04/2021

Thank you.  599 ETH sent.

TX: https://etherscan.io/tx/0x13e07076a42c4a5ad48e66d3c3c92645477c22cdfd7afc85b2e88fe8be8ec1db

On Tue, May 4, 2021 at 5:09 PM Cumberland Operations <operations@cumberland.io> wrote:

> Dear Counterparty,
>
> We are sending you this email summary of the terms of the binding trade that was recently executed between you and Cumberland. The terms and conditions of the Cryptocurrency Master Purchase Agreement entered into between you and Cumberland (the MPA) govern the settlement of this trade. The information below is subject in all respects to the MPA.
>
> Cumberland buys:        599.00 ETH
> Price:                          3,255.00 / ETH
> Total proceeds:          $1,949,745.00
>
> 6743b98d-1bb3-4846-aa77-5ca0b973736e - This is your trade ID.
>
> Our wallet is:

0x3d83898c713ab127f6a844aec4fcef8e66d1ddfe

You are required to send 599.00 ETH within 24 hours of your acceptance of the trade. To expedite the settlement process, please reply with a blockchain transaction ID after sending the cryptocurrency to Cumberland. Lack of a TxID delays settlement. Once we receive the cryptocurrency, we will deliver our side of the trade to you.

If we do not have your wire instructions, please complete (and return) the attached counterparty banking template as soon as possible. In order to prevent wire delays, please ensure to complete the entire template by populating every field with the required information. Note that both the 'Bank Address' and 'Account Holder Address' information must be provided, and neither address may be a PO BOX.

Thank you for your cooperation.

SETTLEMENT INSTRUCTIONS:
- Any wire/coin received after 2:00 PM Central Standard Time (CST) will be settled on the following day.
- All wires must settle in full AND the originating account must match the name exactly as provided when onboarded.
- Cumberland will not accept 3rd party wires and will promptly return funds to the originating bank.
- 6743b98d-1bb3-4846-aa77-5ca0b973736e - This is your trade ID.


Adam Nickels



This e-mail and any attachments may contain information that is confidential and proprietary and otherwise protected from disclosure. If you are not the intended recipient of this e-mail, do not read, duplicate or redistribute it by any means. Please immediately delete it and any attachments and notify the sender that you have received it by mistake. Unintended recipients are prohibited from taking action on the basis of information in this e-mail or any attachments. The DRW Companies make no representations that this e-mail or any attachments are free of computer viruses or other defects.