UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------x

SINGULARDTV, GMBH,                                    Case No. 1:21-cv-10130

          Plaintiff,

    -against-

ZACHARY LEBEAU and KIMBERLY JACKSON,

          Defendants.

-------------------------------------------x

## DECLARATION OF NEIL L. POSTRYGACZ IN OPPOSITION RO PLAINTIFF'S REQUEST FOR A TEMPORARY RESTRAINING ORDER

I, Neil L . Postrygacz, pursuant to 28 U.S.C. § 1746 and Local Rule 6.1(d), hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. I am an attorney duly admitted to practice law in the State of New York. I am a member of the bar of the State of New York. I am the owner of Neil L. Postrygacz, Attorney at Law, P.C., located at 217 34th Street, Brooklyn, New York 11232. I am counsel for Defendants Zach LeBeau ("LeBeau") and Kimberly Jackson ("Jackson"), collectively the "Defendants."

2. I make this supplemental declaration in opposition of Plaintiff SingularDTV's ("Plaintiff") Motion for a Temporary Restraining Order. The statements in this Declaration are true to the best of my knowledge.

3. Annexed hereto as Exhibit "DS-1" is a translation of Exhibit 7 (authorization order) to the Niklaus Glatthard Declaration.

4. Annexed hereto as Exhibit "DS-2" is a translation of Exhibit 6 (statement and counter statement) to the Niklaus Glatthard Declaration.

5. I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Dated: December 27, 2021
New York, New York

/s/ Neil L. Postrygacz
Neil L. Postrygacz