# KOBRE & KIM

800 Third Avenue
New York, New York 10022
www.kobrekim.com
Tel +1 212 488 1200

December 29, 2021

**BY ECF**

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      RE:    *SingularDTV GmbH v. LeBeau, et al.*, No. 1:21-cv-10130 (VEC)

Dear Judge Caproni:

      We represent Plaintiff SingularDTV GmbH in the above-captioned action. Pursuant to the Court's order dated December 9, 2021 (Dkt. No. 48) we submit the following list of Plaintiff's witnesses, along with the anticipated length of direct examination, for the hearing scheduled for January 5, 2021.

1. **Michael Mráz** will be examined remotely via videoconference. Plaintiff anticipates that the direct examination of Mr. Mráz will require approximately 30 minutes.

2. **Patrik Allenspach** will be examined remotely via videoconference. Plaintiff anticipates that the direct examination of Mr. Allenspach will require approximately 90 minutes.

3. **Kevin Madura** will be examined in person. Plaintiff anticipates that the direct examination of Mr. Madura will require approximately 30 minutes.

      Respectfully Submitted,

      /s/ Benjamin J. A. Sauter
      Benjamin J. A. Sauter
      benjamin.sauter@kobrekim.com

      KOBRE & KIM LLP

      *Attorneys for Plaintiff*
      *SingularDTV GmbH*

**Americas** (New York, Buenos Aires, Chicago, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**Asia-Pacific** (Hong Kong, Seoul, Shanghai), **EMEA** (Dubai, London, Tel Aviv), **Offshore** (BVI, Cayman Islands)

Kobre & Kim refers to Kobre & Kim llp, a New York Limited Liability Partnership.