UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x

SINGULARDTV, GMBH,   Case No. 1:21-cv-10130

   Plaintiff,   **DEFENDANTS' WITNESS LIST**

   -against-

ZACHARY LEBEAU and KIMBERLY JACKSON,

   Defendants.

------------------------------------------x

Defendants ZACHARY LEBEAU and KIMBERLY JACKSON, through their counsel, hereby submits the following list of individuals, including their respective anticipated length of direct testimony, who will or may be called as witnesses at the preliminary injunction hearing in the above-captioned case.

| Witness | Anticipated Time of Direct Examination |
|---|---|
| 1. Zach LeBeau | 3.0 |
| 2. Kimberly Jackson | 2.0 |
| 3. Niklaus Glatthard (will be examined remotely via videoconference) | 1.5 |
| 4. Michael Mráz | 1.0 |
| 5. Patrik Allenspach | 1.5 |
| 6. Joseph Lubin | 3.0 |
| 7. Arie Cohen | 3.0 |

Dated: December 27, 2021
       New York, New York

Respectfully submitted,

/s/ Neil L. Postrygacz
Neil L. Postrygacz