```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
   SINGULARDTV GmbH,                                           :
                                                               :
                                   Plaintiff,                  :
                    -against-                                  :
                                                               :           21-CV-10130 (VEC)
   ZACHARY LEBEAU and KIMBERLY                                 :
   JACKSON,                                                    :              ORDER
                                                               :
                                   Defendants.                 :
-------------------------------------------------------------- X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/31/21
```

VALERIE CAPRONI, United States District Judge:

WHEREAS the preliminary injunction hearing has been adjourned on consent of the parties until January 25, 2022, at 10:00 a.m., *see* Dkt. 60;

IT IS HEREBY ORDERED that the deadline for the parties to submit courtesy copies of their exhibits to the Court electronically is adjourned from noon, January 3, 2022 until **noon, January 21, 2022**.

**SO ORDERED.**

Date: **December 31, 2021**
       **New York, NY**

_____
**VALERIE CAPRONI
United States District Judge**