UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SINGULARDTV GmbH,

                            Plaintiff,

            -against-

ZACHARY LEBEAU and KIMBERLY JACKSON,

                         Defendants.
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/24/22

21-CV-10130 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

    WHEREAS the parties have informed the Court that they have reached a settlement of the issues underlying the preliminary injunction hearing currently scheduled for Tuesday, January 25, 2022, at 10:00 a.m.;

    IT IS HEREBY ORDERED that the hearing currently scheduled for Tuesday, January 25, 2022, at 10:00 a.m. is canceled.

    IT IS FURTHER ORDERED that not later than **January 28, 2022**, the parties must inform the Court via joint letter whether Plaintiff is seeking any additional relief or whether the case has settled *in toto*.

**SO ORDERED.**

**Date: January 24, 2022**
       **New York, NY**

                                            **VALERIE CAPRONI**
                                            **United States District Judge**