# KOBRE & KIM

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM
TEL +1 212 488 1200

January 24, 2022

**BY ECF**

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

RE:     *SingularDTV GmbH v. LeBeau, et al.*, No. 1:21-cv-10130 (VEC)

Dear Judge Caproni:

We write on behalf of both Plaintiff and Defendants in the above-captioned action regarding Plaintiff's November 29, 2021 Motion for Order to Show Cause Why Preliminary Injunction Should Not Issue and, in the interim, Temporary Restraining Order (ECF No. 12) (the "Motion").

The Parties have reached an agreement to resolve the Motion, including as to the entry of the enclosed Proposed Consent Order. We appreciate the Court's time and attention to this matter and remain available should the Court have any questions. We will provide a further update to the Court on January 28, 2022, in accordance with the Court's direction (ECF No. 64).

Respectfully Submitted,

/s/ Benjamin J. A. Sauter
Benjamin J. A. Sauter
benjamin.sauter@kobrekim.com

KOBRE & KIM LLP

*Attorneys for Plaintiff*
*SingularDTV GmbH*

**AMERICAS** (NEW YORK, BUENOS AIRES, CHICAGO, DELAWARE, MIAMI, SAN FRANCISCO, SÃO PAULO, WASHINGTON DC)
**ASIA-PACIFIC** (HONG KONG, SEOUL, SHANGHAI), **EMEA** (DUBAI, LONDON, TEL AVIV), **OFFSHORE** (BVI, CAYMAN ISLANDS)

KOBRE & KIM REFERS TO KOBRE & KIM LLP, A NEW YORK LIMITED LIABILITY PARTNERSHIP.