

**Neil L. Postrygacz**

January 28, 2022

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

      *Re:*    **SingularDTV GmbH v. LeBeau, et al**
             **1: 21-cv-10130**

Dear Judge Caproni,

      On behalf of Defendants Zachary LeBeau and Kimberly Jackson undersigned counsel writes this letter in response to Plaintiff's letter dated January 28, 2022 regarding alleged breaches of the Escrow Agreement and Consent Order related to the delivery of the Cold Wallet to the Escrow Agent. However, as was communicated to Kobre Kim, the Escrow Agent, and Plaintiff's counsel, there is no "cold wallet hardware device," and Mr. LeBeau provided the only copies of the Cold Wallet that exists. Any "cold wallet hardware device" was destroyed years ago. Further, the migration of emails is required to be completed by February 1, 2022. Defendants are in full compliance with the Agreements and Consent Order.

      Respectfully submitted,

        /nlp/
      Neil L. Postrygacz, Esq.
      Neil L. Postrygacz
      Attorney at Law, P.C.
      217 34th Street
      Brooklyn, New York 11232
      (646) 642-7492
      Neil@neilesq.com

      *Attorneys for Defendants*