UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

SINGULARDTV GMBH,                               Case No. 1:21-cv-10130 (VEC)

                Plaintiff,

            -against-

ZACHARY LEBEAU and KIMBERLY JACKSON,

               Defendants.

----------------------------------------------------------------X

## NOTICE OF APPEARANCE

To: The Clerk of Court and all Parties of Record

      I am admitted to practice in this court, and I appear in this case as attorney for the defendant Kimberly Jackson.

Dated: New York, New York
           February 24, 2022

/s/ *Paul F. Condzal*
**Paul F. Condzal (PC-4976)**
**1330 Avenue of the Americas, 23rd Floor**
**New York, New York 10019**
**Tel: (212) 688-3637**
**Email:** *paul@condzal-law.com*