UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
SINGULARDTV GmbH,

                             Plaintiff,

            -against-

                                            21-CV-10130 (VEC)

ZACHARY LEBEAU and KIMBERLY
JACKSON,

                          Defendants.
------------------------------------------------------------ X
------------------------------------------------------------ X
SINGULARDTV, GmbH,

                             Plaintiff,

            -against-

                                            21-CV-6000 (VEC)

JOHN DOE,

                                            <u>ORDER</u>

                          Defendant.
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/22

VALERIE CAPRONI, United States District Judge:

      WHEREAS the parties appeared for a conference on Friday, February 25, 2022;

      IT IS HEREBY ORDERED that the parties in both of the above-captioned cases must submit a joint letter and proposed discovery schedule not later than **March 11, 2022**. If the parties cannot resolve the issues set forth in Plaintiff's motion for expedited discovery in 21-CV-10130, the Court will set a briefing schedule at that time.

**SO ORDERED.**

Date: February 25, 2022
      New York, NY

                                                              **VALERIE CAPRONI**
                                                            **United States District Judge**