UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

SINGULARDTV, GMBH,    Case No. 1:21-cv-10130

           Plaintiff,

      -against-

ZACHARY LEBEAU and KIMBERLY JACKSON,

           Defendants.

------------------------------------------------

**DECLARATION OF NEIL L. POSTRYGACZ IN OPPOSITION RO PLAINTIFF'S REQUEST FOR A TEMPORARY RESTRAINING ORDER**

I, Neil L. Postrygacz, pursuant to 28 U.S.C. § 1746 and Local Rule 6.1(d), hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. I am an attorney duly admitted to practice law in the State of New York. I am a member of the bar of the State of New York. I am the owner of Neil L. Postrygacz, Attorney at Law, P.C., located at 217 34th Street, Brooklyn, New York 11232. I am counsel for Defendants Zach LeBeau ("LeBeau") and Kimberly Jackson ("Jackson"), collectively the "Defendants."

2. I make this declaration in opposition of Plaintiff SingularDTV's ("Plaintiff") Motion for expedited discovery. The statements in this Declaration are true to the best of my knowledge.

3. A true and correct copy of the Plaintiff's Complaint (Dkt. #1) is annexed hereto and marked as Exhibit A.

4. A true and correct copy of the Plaintiff's Amended Complaint (Dkt. #78) is annexed hereto and marked as Exhibit B.

5. A true and correct copy of the Consent Order (Dkt. #61) is annexed hereto and marked as Exhibit C.

6. A true and correct copy of the Service and Development Agreement ("Service Agreement") entered into between SingluarDTV GMBH and the stateside SingularDTV LLC ("Breaker") is annexed hereto and marked as Exhibit D.

7. A true and correct copy of the Transcript dated February 25, 2022 is annexed hereto and marked as Exhibit E.

Dated: March 18, 2022
       New York, New York

                                                    /s/ Neil L. Postrygacz
                                                    Neil L. Postrygacz