> **For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.
>
> **Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See **current trademark processing wait times** for more information.

**STATUS**   **DOCUMENTS**                                    **Back to Search**   | Print

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2022-03-07 14:34:59 EST |
| Mark: | SINGULARDTV |

**SingularDTV**

| | | | |
|---|---|---|---|
| US Serial Number: | 79212130 | Application Filing Date: | Mar. 14, 2017 |
| Register: | Principal | | |
| Mark Type: | Trademark, Service Mark | | |
| TM5 Common Status Descriptor: |  | LIVE/APPLICATION/Under Examination | |
| | | The trademark application has been accepted by the Office (minimum filing requirements) and that this application has been examiner. | |
| Status: | Suspension check completed. Application remains suspended. | | |
| Status Date: | Aug. 24, 2021 | | |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | SINGULARDTV |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |

## Related Properties Information

| | |
|---|---|
| International Registration Number: | **1355164** |
| International Registration Date: | Mar. 14, 2017 |

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: E-commerce software, namely software for: facilitating subscribers to perform electronic business transactions global communications network distribution system; facilitating subscribers to manage and exploit copyright rights over a decentralized global communications network distribution system; providing subscribers access platforms on the decentralized global communications network distribution system for performing electronic facilitating subscriber utilization of blockchain applications to perform electronic business transactions over a

communications network distribution system; providing subscribers financial services and asset managemen electronic business transactions over a decentralized global communications network distribution system; pr gateway to cloud computing to facilitate performing of electronic business transactions over a decentralized network distribution system; providing cloud computing; facilitating subscribers to buy, sell, trade, settle, clea administration of digital tokens of value to facilitate performing of electronic business transactions over a dec communications network distribution system; facilitating payments using payment cards to facilitate perform transactions over a decentralized global communications network distribution system; and facilitating payme magnetic ID cards to facilitate performing of electronic business transactions over a decentralized global con distribution system

| | | | |
|---|---|---|---|
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 021, 023, 026, 036, 03 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 66(a) | | |

**For:** Compilation and systematization of information into computer databases; data processing services; busines services, namely, accounting services, marketing services, intellectual property tracking services, and auditi provided by consultants, namely, compilation and systematization of information services, data processing s management services, namely, accounting services, marketing services, intellectual property tracking servic

| | | | |
|---|---|---|---|
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 66(a) | | |

**For:** Provision of access to computer networks, Internet platforms, data banks and electronic publications; digital audio and video data; provision of access to databases on the Internet containing digital music, in particular digital networks; provision of access to databases and information via global computer networks; provision o communication network or to databases by telecommunication means

| | | | |
|---|---|---|---|
| **International Class(es):** | 038 - Primary Class | **U.S Class(es):** | 100, 101, 104 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 66(a) | | |

**For:** Information relating to entertainment provided by a decentralized global communication network distribution provision of information in the field of computer games for entertainment purposes; online provision of inforn of sound, music and video recordings; online provision of information relating to production and publishing o information relating to digital music; online provision of information relating to recording, production and distr audio recordings, radio and television programs; online provision of information relating to television and mo online provision of information relating to entertainment consisting in of films, television and music videos

| | | | |
|---|---|---|---|
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 66(a) | | |

**For:** Design and development of computers and software relating to a decentralized global communications netw namely, design and development of computer databases for use on a decentralized global communications design and development of electronic databases for use on a decentralized global communications network and development of computer programs for data processing on a decentralized global communications netw migration services on a decentralized global communications network distribution system; maintenance and software on a decentralized global communications network distribution system; design and development of commerce for use on a decentralized global communications network distribution system

| | | | |
|---|---|---|---|
| **International Class(es):** | 042 - Primary Class | **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE | | |

|  |  |  |  |
|---|---|---|---|
| **Basis:** | 66(a) | | |
| **For:** | Management of copyright and third-party intellectual property rights; facilitation of securing licenses to copyright rights to third parties; management and exploitation of licences relating to copyright and intellectual property | | |
| **International Class(es):** | 045 - Primary Class | **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 66(a) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | Yes |
| **Filed 66A:** | Yes | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | SingularDTV GmbH |
| **Owner Address:** | Gartenstrasse 6<br>CH-6300 Zug<br>SWITZERLAND |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | SWITZERLAND |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Duane C. Basch | **Docket Number:** | 1398 002 901 |
| **Attorney Primary Email Address:** | usptomail@bnpatentlaw.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Duane C. Basch<br>Basch & Nickerson LLP<br>1844 Penfield Rd.<br>Penfield, NEW YORK UNITED STATES 14526 |
| **Phone:** | 585-899-3970 |
| **Fax:** | 585-899-3973 |
| **Correspondent e-mail:** | usptomail@bnpatentlaw.com<br>dbasch@bnpatentlaw.com<br>mnickerson@bnpatentlaw.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 24, 2021 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | |
| Jun. 30, 2021 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jun. 30, 2021 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jun. 30, 2021 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 24, 2021 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | |
| Aug. 24, 2020 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | |
| Feb. 24, 2020 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | |
| Aug. 23, 2019 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | |
| Feb. 23, 2019 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | |
| Feb. 22, 2019 | NOTIFICATION OF POSSIBLE OPPOSITION - PROCESSED BY IB | |
| Dec. 19, 2018 | NOTIFICATION OF POSSIBLE OPPOSITION SENT TO IB | |
| Dec. 19, 2018 | NOTIFICATION OF POSSIBLE OPPOSITION CREATED, TO BE SENT TO IB | |
| Oct. 05, 2018 | CHANGE OF NAME/ADDRESS REC'D FROM IB | |
| Aug. 22, 2018 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | |
| Feb. 20, 2018 | NOTIFICATION OF LETTER OF SUSPENSION E-MAILED | 6332 |
| Feb. 20, 2018 | LETTER OF SUSPENSION E-MAILED | 6332 |
| Feb. 20, 2018 | SUSPENSION LETTER WRITTEN | 91164 |
| Jan. 30, 2018 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Jan. 29, 2018 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Jan. 29, 2018 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Dec. 15, 2017 | NEW REPRESENTATIVE AT IB RECEIVED | |
| Aug. 18, 2017 | REFUSAL PROCESSED BY IB | |
| Jul. 29, 2017 | NON-FINAL ACTION MAILED - REFUSAL SENT TO IB | |
| Jul. 28, 2017 | REFUSAL PROCESSED BY MPU | 74217 |
| Jul. 25, 2017 | NON-FINAL ACTION (IB REFUSAL) PREPARED FOR REVIEW | |
| Jul. 24, 2017 | NON-FINAL ACTION WRITTEN | 91164 |
| Jul. 21, 2017 | APPLICATION FILING RECEIPT MAILED | |
| Jul. 17, 2017 | ASSIGNED TO EXAMINER | 91164 |
| Jul. 17, 2017 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jul. 13, 2017 | SN ASSIGNED FOR SECT 66A APPL FROM IB | |

## International Registration Information (Section 66a)

| | | | |
|---|---|---|---|
| **International Registration Number:** | 1355164 | **International Registration Date:** | Mar. 14, 2017 |
| **Intl. Registration Status:** | REQUEST FOR EXTENSION OF PROTECTION PROCESSED | **Date of International Registration Status:** | Jul. 13, 2017 |
| **Notification of Designation Date:** | Jul. 13, 2017 | **Date of Automatic Protection:** | Jan. 13, 2019 |

| | |
|---|---|
| **International Registration Renewal Date:** | Mar. 14, 2027 |
| **First Refusal Flag:** | Yes |

## TM Staff and Location Information

**TM Staff Information**

| | | | |
|---|---|---|---|
| **TM Attorney:** | EISNACH, MICHAEL PATRI | **Law Office Assigned:** | LAW OFFICE 104 |

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | TMEG LAW OFFICE 104 - EXAMINING ATTORNEY ASSIGNED | **Date in Location:** | Feb. 20, 2018 |

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load