

**Neil L. Postrygacz**

April 29, 2022

*Filed Via CM/ECF*
The Honorable Valerie E. Caproni
United States Judge
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

*Re:* **SingularDTV GmbH v. LeBeau, et al** *1: 21-cv-10130*

Dear Judge Caproni,

I represent Defendant Zachary LeBeau in the above referenced action and write in response and opposition to the relief requested in Plaintiff's letter dated April 26, 2022 (Dkt. #92), The Court should deny Plaintiff's requests in their entirety for the reasons set for in Defendant Kimberly Jackson's letter dated April 29, 2022 (Dkt. # 94). In addition. Mr. LeBeau has complied with this Court's Order and vigorously searched the files in his possession and produced any relevant documents in his possession.

In the event any further actions are required, it is respectfully requested that they be scheduled for after May 13, 2022, the submission date for the Defendants' reply to Plaintiff's opposition to the pending motion to dismiss.

.
                                                  Respectfully submitted,

                                                  /nlp/
                                                  Neil L. Postrygacz, Esq.

                                                  *Attorneys for Defendant LeBeau*