```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
SINGULARDTV GmbH,                                            :
                                                             :
                              Plaintiff,                     :
                                                             :
              -against-                                      :
                                                             :      21-CV-10130 (VEC)
ZACHARY LEBEAU and KIMBERLY                                  :
JACKSON,                                                     :          ORDER
                                                             :
                              Defendants.                    :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/2/22

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 6, 2022, the Court granted Plaintiff's motion for expedited discovery, *see* Dkt. 88;

WHEREAS Plaintiff represents that Defendants have not complied with that order, *see* Dkt. 92; and

WHEREAS Defendants' responses to Plaintiff's allegations do not meaningfully address whether they have complied with the Court's April 6 order, *see* Dkts. 94–95;

IT IS HEREBY ORDERED that Defendants must produce all nonprivileged documents that are responsive to Plaintiff's request for expedited discovery, as is already required by the Court's prior order, not later than **May 5, 2022**.

IT IS FURTHER ORDERED that counsel for each Defendant must file a written certification with the Court describing in detail each Defendant's search for documents, including by identifying the person(s) who conducted it, all sources of documents reviewed (including, for example, e-mail accounts, computer files, and repositories of hardcopy documents), the number of responsive documents identified, and the bases for withholding any responsive documents not produced.

IT IS FURTHER ORDERED that Defendant Zachary LeBeau must appear for an expedited deposition within seven days of Defendants' completion of document production, *i.e.*, not later than **May 12, 2022**.

IT IS FURTHER ORDERED that Plaintiff's request for attorneys' fees and costs associated with preparing its letter to the Court is DENIED without prejudice to Plaintiff re-raising the request should document production and Defendant LeBeau's deposition reveal that Defendants were, in fact, willfully failing to comply with the Court's prior order.

**SO ORDERED.**

Date:  **May 2, 2022**
       **New York, NY**

                                             **VALERIE CAPRONI**
                                         **United States District Judge**