**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SINGULARDTV, GMBH,

                Plaintiff,

      v.

ZACHARY LEBEAU and KIMBERLY
JACKSON,

              Defendants.

Case No. 1:21-cv-10130

---

**DECLARATION OF BENJAMIN J. A. SAUTER IN OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**

I, Benjamin J. A. Sauter, Esq., pursuant to 28 U.S.C. § 1746 and Local Rule 6.1(d),

hereby declare under penalty of perjury that the following is true and correct to the best of my

knowledge and belief:

1.      I am an attorney duly admitted to practice law in the State of New York. I am a

member of the bar of the State of New York. I am currently a partner and attorney with Kobre

& Kim LLP ("Kobre & Kim"), located at 800 Third Avenue, New York, New York 10022.

Kobre & Kim is counsel for SingularDTV GmbH ("SingularDTV" or the "Company") in this

action.

2.      I make this declaration in opposition to Defendants' Motion to Dismiss

SingularDTV's Amended Complaint (the "Motion," Dkt. No. 91).

3.      A true and correct copy of a Suspension Notice issued by the United States

Patent and Trademark Office (the "USPTO") and dated February 20, 2018, is attached to this

declaration as Exhibit 1.

4.      A true and correct copy of a letter submitted to the USPTO by SingularDTV's

United States trademark counsel on January 29, 2018, is attached to this declaration as Exhibit

2.

5.      I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.


Dated:      May 6, 2021
            New York, New York


                                                /s Benjamin J. A. Sauter
                                                Benjamin J. A. Sauter