**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/22

# PAUL F. CONDZAL
ATTORNEY AT LAW

**1330 AVENUE OF THE AMERICAS, 23rd Floor**
**NEW YORK, NEW YORK 10019**

(212) 688-3637
www.condzal-law.com

MEMBER NEW YORK AND CONNECTICUT BARS                                    paul@condzal-law.com

May 11, 2022

*Filed Via CM/ECF*
The Honorable Valerie E. Caproni
United States Judge
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

           Re:   <u>SingularDTV GmbH v. LeBeau, et al</u>
                 Civ. Action No. 1: 21-cv-10130

Dear Judge Caproni:

    I represent the defendant Kimberly Jackson in the above referenced action and write on behalf of both defendants to respectfully request that their date to reply to plaintiff's opposition to their motion to dismiss be extended from May 13, 2022 to May 20, 2022. (Dkt. #83)

    I have spoken with plaintiff's counsel about this application and he has agreed to this adjournment.

    Thank you in advance for your attention in this matter.

                                                    Respectfully submitted,

                                                    /s/ *Paul F. Condzal*
                                                    Paul. F. Condzal

---

Application GRANTED. Defendants must file their reply not later than **May 20, 2022**.
SO ORDERED.

*[signature]* 5/11/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE