# EXHIBIT C



**PLAINTIFF'S EXHIBIT 1** 5-11-22

## Address 0xc78310231aA53bD3D0FEA2F8c705C67730929D8f

ICO Watch

### Overview

| | | | |
|---|---|---|---|
| Balance: | 0 Ether | SingularDTV: Wallet | More Info |
| Value: | $0.00 | My Name Tag: | Not Available, login to update |
| Token: | | | |

Transactions | Internal Txns | Erc20 Token Txns | Erc721 Token Txns | Erc1155 Token Txns | Analytics | Comments

Latest 25 from a total of 506 transactions

| Txn Hash | Method | Block | Age | From | | To | Value |
|---|---|---|---|---|---|---|---|
| 0xe93cb82b41022dca81... | Transfer | 14077081 | 100 days 1 hr ago | SingularDTV: Wallet | OUT | 0x3d95cd0472f0f753779... | 12,000.30728724442 |
| 0xfec5155cb1dac01e2b6... | Transfer | 14076275 | 100 days 4 hrs ago | SingularDTV: Wallet | OUT | 0x3d95cd0472f0f753779... | 0.1 Ether |
| 0x26240b130c185f9cf81... | Transfer | 12383761 | 363 days 23 hrs ago | SingularDTV: Wallet | OUT | 0x249f71f8d9dc86c60f4... | 0 Ether |
| 0xa1d0306b78a28521da... | Transfer | 12383550 | 364 days 4 mins ago | 0x93fd10a682bfb425b91... | IN | SingularDTV: Wallet | 0.0802507117 Ether |
| 0x13e07076a42c4a5ad4... | Transfer | 12370159 | 366 days 1 hr ago | SingularDTV: Wallet | OUT | 0x3d83898c713ab127f6... | 599 Ether |
| 0x5d7c4eaaf2bdc232e2... | Transfer | 12249939 | 384 days 14 hrs ago | SingularDTV: Wallet | OUT | 0x3d83898c713ab127f6... | 250 Ether |
| 0x3e48c8515ed674dc00... | Transfer | 12160602 | 398 days 8 hrs ago | SingularDTV: Wallet | OUT | 0xb943032ab8ca775069... | 75.187 Ether |
| 0x4b432f0d1c08f37d8c7... | Transfer | 12089815 | 409 days 6 hrs ago | Binance 2 | IN | SingularDTV: Wallet | 285.239467 Ether |
| 0xa51d231247781911e6... | Transfer | 11686224 | 471 days 8 hrs ago | SingularDTV: Wallet | OUT | 0x3d83898c713ab127f6... | 1,000 Ether |
| 0xdd0dcb1f8d4c15446a... | Transfer | 11608377 | 483 days 7 hrs ago | SingularDTV: Wallet | OUT | 0x3d83898c713ab127f6... | 1,000 Ether |
| 0xcee5fa5ac69aa5c12eb... | Transfer | 11588229 | 486 days 9 hrs ago | SingularDTV: Wallet | OUT | 0x62f089f522083a3012d... | 1,000 Ether |
| 0x158a7b83e8f850d1b0... | Transfer | 11588206 | 486 days 9 hrs ago | SingularDTV: Wallet | OUT | 0x3d83898c713ab127f6... | 1,000 Ether |
| 0x915c0898335399c442... | Transfer | 11542795 | 493 days 9 hrs ago | SingularDTV: Wallet | OUT | 0x3d83898c713ab127f6... | 1,000 Ether |
| 0x506dfa0710f4b33b3e... | Transfer | 11465591 | 505 days 5 hrs ago | SingularDTV: Wallet | OUT | 0x3d83898c713ab127f6... | 2,500 Ether |
| 0x0c92781d144ac11b7c... | Transfer | 11380713 | 518 days 6 hrs ago | Binance 3 | IN | SingularDTV: Wallet | 50.795931 Ether |
| 0x27a5405ba63b56cd15... | Transfer | 11380653 | 518 days 6 hrs ago | SingularDTV: Wallet | OUT | SingularDTV Token | 0 Ether |
| 0x5b8882e2a509ffb6dda... | Transfer | 11321276 | 527 days 9 hrs ago | SingularDTV: Wallet | OUT | 0x3d83898c713ab127f6... | 1,000 Ether |
| 0x2ad7e6f8999b864a26... | Transfer | 11296056 | 531 days 6 hrs ago | SingularDTV: Wallet | OUT | 0x3d83898c713ab127f6... | 1,000 Ether |
| 0x07ba7446875a3970b6... | Transfer | 11210906 | 544 days 7 hrs ago | SingularDTV: Wallet | OUT | 0x3d83898c713ab127f6... | 1,000 Ether |
| 0x0bb0d34a093eb73c93... | Transfer | 11074385 | 565 days 6 hrs ago | SingularDTV: Wallet | OUT | 0xb943032ab8ca775069... | 416.67 Ether |
| 0x198ffa1f662413c9f7ab... | Transfer | 10770296 | 612 days 4 hrs ago | SingularDTV: Wallet | OUT | 0x3d83898c713ab127f6... | 1,000 Ether |
| 0x90e838fbf9f1a2618c3... | Withdraw Reward | 10750963 | 615 days 3 hrs ago | SingularDTV: Wallet | OUT | 0x0286f920f893513c7ec... | 0 Ether |
| 0xe24f1d501af1d1bb404... | Transfer | 10749752 | 615 days 8 hrs ago | SingularDTV: Wallet | OUT | SingularDTV Token | 0 Ether |
| 0x9f78bb04f10c89d889c... | Transfer | 10749747 | 615 days 8 hrs ago | SingularDTV: Wallet | OUT | OMG Network: OMG Tok... | 0 Ether |
| 0x67a241a6ba636cbc4e... | Transfer | 10705477 | 622 days 3 hrs ago | SingularDTV: Wallet | OUT | 0x3d83898c713ab127f6... | 500 Ether |

[ Download CSV Export ]

A wallet address is a publicly available address that allows its owner to receive funds from another party. To access the funds in an address, you must have its private key. Learn more about addresses in our Knowledge Base.

A wallet address is a publicly available address that allows its owner to receive funds from another party. To access the funds in an address, you must have its private key. Learn more about addresses in our Knowledge Base.