

**Neil L. Postrygacz**

June 2, 2022

*Filed Via CM/ECF*
The Honorable Valerie E. Caproni
United States Judge
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

        Re:    *SingularDTV GmbH v. LeBeau, et al*
               *Civ. Action No. 1: 21-cv-10130*

Dear Judge Caproni:

      I represent the defendant Zachary LeBeau in the above referenced action and write to respectfully request two weeks, or until June 16 2022 to oppose Plaintiff's letter application dated June 1, 2022. (Dkt. #104).

      Plaintiff's instant application includes a copy of Mr. LeBeau's deposition transcript (Exhibit A) and this is the first time we have had an opportunity to review it. We need this additional time for us to review the transcript in order to point out the many flaws in Plaintiff's interpretation of the testimony and to demonstrate that Mr. LeBeau has fully complied with this Court's Order. The deposition was taken on May 11 2022 and it appears that Plaintiff received the transcript on May 12 2022.

      Thank you in advance for your attention in this matter.

                                        Respectfully submitted,

                                          /nlp/
                                    Neil L. Postrygacz, Esq.