AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| SingularDTV GmbH | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-10130-VEC |
| Zachary LeBeau and Kimberly Jackson | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SingularDTV GmbH.

Date: 06/23/2022

/s/ Josef M. Klazen
*Attorney's signature*

Josef M. Klazen [JK1783]
*Printed name and bar number*

Kobre & Kim LLP
800 Third Avenue
New York, New York 10022
*Address*

jef.klazen@kobrekim.com
*E-mail address*

(212) 488-1216
*Telephone number*

(212) 488-1220
*FAX number*