AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| SingularDTV GmbH | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-10130-VEC |
| Zachary LeBeau and Kimberly Jackson | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SingularDTV GmbH                                                                                           .

Date:  06/23/2022

/s/ Calvin K. Koo
*Attorney's signature*

Calvin K. Koo [CK1910]
*Printed name and bar number*

Champion Tower, 25th Floor
3 Garden Road
Central, Hong Kong

*Address*

calvin.koo@kobrekim.com
*E-mail address*

(212) 488-1200
*Telephone number*

(212) 488-1220
*FAX number*