AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| SingularDTV GmbH | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:21-cv-10130-VEC |
| Zachary LeBeau and Kimberly Jackson | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SingularDTV GmbH                                                                                                          .

Date:      06/23/2022                                                       /s/ Victor S. Leung
                                                                                        *Attorney's signature*

                                                                          Victor S. Leung [VL0000]
                                                                          *Printed name and bar number*

                                                                          Kobre & Kim LLP
                                                                          800 Third Avenue
                                                                          New York, New York 10022

                                                                          *Address*

                                                                          victor.leung@kobrekim.com
                                                                          *E-mail address*

                                                                          (212) 380-2597
                                                                          *Telephone number*

                                                                          (212) 488-1220
                                                                          *FAX number*