**MEMO ENDORSED**

## KOBRE & KIM

800 Third Avenue
New York, New York 10022
www.kobrekim.com
Tel +1 212 488 1200

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/24/22__

June 23, 2022

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**RE:** *SingularDTV GmbH v. LeBeau, et al.*, No. 1:21-cv-10130 (VEC)

Dear Judge Caproni:

    This firm represents Plaintiff SingularDTV GmbH in the above-referenced action. We write to respectfully request that Your Honor instruct the Clerk of the Court to withdraw the appearances of Christopher Cogburn and Alexa Perlman as counsel of record for Plaintiff in the above-referenced action.

    Mr. Cogburn and Ms. Perlman are no longer currently working on this matter. Josef M. Klazen, Calvin K. Koo, and Victor S. Leung of Kobre & Kim LLP will remain as counsel of record for the aforementioned Plaintiffs.

    We thank Your Honor for your consideration of this matter.

Respectfully submitted,

*/s/ Josef M. Klazen*
Josef M. Klazen
Calvin K. Koo
Victor S. Leung
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022

> Application GRANTED. The Clerk of Court is respectfully directed to terminate Christopher Cogburn and Alexa Perlman as counsel for Plaintiff.
> SO ORDERED.
>
> *[signature]* 6/24/22
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record via E-mail

**Americas** (New York, Chicago, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**APAC** (Hong Kong, Seoul, Shanghai), **Caribbean** (BVI, Cayman Islands), **EMEA** (Cyprus, Dubai, London, Tel Aviv)

Kobre & Kim refers to Kobre & Kim llp, a New York Limited Liability Partnership.