```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
 SINGULARDTV GmbH,                                              :
                                                                :
                                    Plaintiff,                  :
                    -against-                                   :
                                                                :          21-CV-10130 (VEC)
 ZACHARY LEBEAU and KIMBERLY                                    :
 JACKSON,                                                       :          ORDER
                                                                :
                                    Defendants.                 :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __6/30/22___

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 1, 2022, Plaintiff SingularDTV GmbH requested an order requiring Defendant Zachary LeBeau to produce additional documents and renewed its request for fees incurred in preparing various filings due to Defendant LeBeau and Defendant Kimberly Jackson's failure to comply with prior orders, *see* Letter, Dkt. 104;

WHEREAS Defendant LeBeau opposes Plaintiff's request, *see* Letters, Dkt. 107, 114;

WHEREAS after reviewing the parties' submissions, it is clear from their later document production that both Defendants violated the Court's April 6, 2022 order instructing them to produce relevant documents, *see* Order, Dkt. 88, and that Defendant LeBeau violated the Court's January 25, 2022 Consent Order, *see* Dkt. 66, and the Court's May 2, 2022 order granting expedited discovery, *see* Dkt. 96;

IT IS HEREBY ORDERED that Defendant LeBeau must produce all nonprivileged documents related to cold storage and Tokit.IO, with a concomitant affirmation about how the search was performed, and deliver the Cold Wallet's seed phrase in writing to the Escrow Agent.

IT IS FURTHER ORDERED that Defendants must jointly pay the costs and fees incurred by Plaintiff in preparing its April 26, 2022, letter, and that Defendant LeBeau alone must pay the costs and fees incurred by Plaintiff in taking other steps necessary to cause

1

Defendants to comply with the Court's orders, including the preparation of Plaintiff's June 1, 2022 letter, *see* Dkt. 104, its June 23, 2022 letter, *see* Dkt. 112, and its deposition of Defendant LeBeau.

**SO ORDERED.**

**Date: June 30, 2022**
    **New York, NY**

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
**VALERIE CAPRONI**
**United States District Judge**