# KOBRE & KIM

800 Third Avenue
New York, New York 10022
www.kobrekim.com
Tel +1 212 488 1200

July 6, 2022

**BY ECF**
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

  RE: *SingularDTV GmbH v. LeBeau, et al.*, No. 1:21-cv-10130 (VEC)

Dear Judge Caproni:

  We represent Plaintiff SingularDTV GmbH in the above-captioned action and write regarding Defendant Zachary LeBeau's letter dated June 28, 2022 (Dkt. 114) ("Sur-Reply Letter"), which was not authorized by the Court's order (Dkt. 106). In any event, we note that the Sur-Reply Letter fails to address LeBeau's violations of this Court's orders, makes further assertions that contradict LeBeau's sworn testimony about his memorization of the seed phrase (Dkt. 112 at 3-6; Dkt. 114 at 1), and incorrectly suggests as dispositive a supposed method of transfer that the Escrow Agent has neither the authority nor obligation to perform under the Consent Order and the associated escrow agreement (Dkt. 112 at 2-3).

  If the Court would find it helpful, Plaintiff is prepared to respond in greater detail to the Sur-Reply Letter.

                Respectfully submitted,

                 /s/ Calvin K. Koo
                Calvin K. Koo
                Josef M. Klazen
                Benjamin J.A. Sauter
                KOBRE & KIM LLP
                800 Third Avenue
                New York, New York 10022

                *Attorneys for SingularDTV GmbH*

**Americas** (New York, Chicago, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**APAC** (Hong Kong, Seoul, Shanghai), **Caribbean** (BVI, Cayman Islands), **EMEA** (Cyprus, Dubai, London, Tel Aviv)

Kobre & Kim refers to Kobre & Kim llp, a New York Limited Liability Partnership.