# KOBRE & KIM

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM
TEL +1 212 488 1200

July 18, 2022

**BY ECF**
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

RE:    *SingularDTV GmbH v. LeBeau, et al.*, No. 1:21-cv-10130 (VEC)

Dear Judge Caproni:

We write on behalf of the parties in the above-captioned action pursuant the Court's order, dated July 13, 2022 [ECF No. 117], which ordered Defendants to pay Plaintiff's reasonable attorney's fees and costs in connection with certain aspects of the litigation and required the parties to "notify the Court not later than July 18, 2022, if they are unable to reach an agreement as to the amount [of reasonable attorney's fees]."

Following the Court's order, the parties exchanged email correspondence and on July 18, 2022, met and conferred regarding the amount of reasonable attorney's fees. The parties are actively engaging in discussions in an attempt to resolve the issue in a mutually agreeable manner but require additional time to confer with their respective clients.

We respectfully request that the parties be allowed to continue these discussions and to report back to the Court no later than Thursday, July 21, 2022, as to whether they have been able to reach an agreement.

**AMERICAS** (NEW YORK, CHICAGO, DELAWARE, MIAMI, SAN FRANCISCO, SÃO PAULO, WASHINGTON DC)
**APAC** (HONG KONG, SEOUL, SHANGHAI), **CARIBBEAN** (BVI, CAYMAN ISLANDS), **EMEA** (CYPRUS, DUBAI, LONDON, TEL AVIV)

KOBRE & KIM REFERS TO KOBRE & KIM LLP, A NEW YORK LIMITED LIABILITY PARTNERSHIP.

July 18, 2022
Page 2

Respectfully submitted,

 */s/ Calvin K. Koo*
Calvin K. Koo
Josef M. Klazen
Benjamin J.A. Sauter
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022

*Attorneys for SingularDTV GmbH*