# KOBRE & KIM

800 Third Avenue
New York, New York 10022
www.kobrekim.com
Tel +1 212 488 1200

July 21, 2022

**BY ECF**
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      RE:    *SingularDTV GmbH v. LeBeau, et al.*, No. 1:21-cv-10130 (VEC)

Dear Judge Caproni:

      We write on behalf of the parties in the above-captioned action pursuant to the Court's order dated July 19, 2022 [ECF No. 119], directing the parties to "report back to the Court no later than Thursday, July 21, 2022, as to whether they have been able to reach an agreement."

      Following the Court's order, counsel continued to confer with their respective clients and met and conferred on July 20, 2022, and again on July 21, 2022, regarding the amount of reasonable attorney's fees.

      We respectfully request that the parties be allowed further to continue these discussions and to report back to the Court no later than Monday, July 25, 2022, as to whether they have been able to reach an agreement.

      Respectfully submitted,

       */s/ Calvin K. Koo*
      Calvin K. Koo
      Josef M. Klazen
      Benjamin J.A. Sauter
      KOBRE & KIM LLP
      800 Third Avenue
      New York, New York 10022

      *Attorneys for SingularDTV GmbH*

Americas (New York, Chicago, Delaware, Miami, San Francisco, São Paulo, Washington DC)
APAC (Hong Kong, Seoul, Shanghai), Caribbean (BVI, Cayman Islands), EMEA (Cyprus, Dubai, London, Tel Aviv)

Kobre & Kim refers to Kobre & Kim llp, a New York Limited Liability Partnership.