# KOBRE & KIM

800 Third Avenue
New York, New York 10022
www.kobrekim.com
Tel +1 212 488 1200

July 25, 2022

**BY ECF**
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      RE:    *SingularDTV GmbH v. LeBeau, et al.*, No. 1:21-cv-10130 (VEC)

Dear Judge Caproni:

      We write on behalf of the parties in the above-referenced action to provide an update regarding the parties' discussions regarding the amount of reasonable attorney's fees and costs.

      The parties have reached an agreement in principle regarding the attorney's fees and costs to be paid by Defendants pursuant to the Court's July 13, 2022 Order and anticipate executing a mutually acceptable Stipulation and Agreed Order to be filed by Thursday, July 28, 2022.

      Respectfully submitted,

      */s/ Josef M. Klazen*
Josef M. Klazen
Calvin K. Koo
Benjamin J.A. Sauter
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022

*Attorneys for SingularDTV GmbH*

**Americas** (New York, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**APAC** (Hong Kong, Seoul, Shanghai), **Caribbean** (BVI, Cayman Islands), **EMEA** (Cyprus, Dubai, London, Tel Aviv)

Kobre & Kim refers to Kobre & Kim llp, a New York Limited Liability Partnership.