# KOBRE & KIM

800 Third Avenue
New York, New York 10022
www.kobrekim.com
Tel +1 212 488 1200

July 28, 2022

**BY ECF**
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      RE:    *SingularDTV GmbH v. LeBeau, et al.*, No. 1:21-cv-10130 (VEC)

Dear Judge Caproni:

    We write on behalf of the parties in the above-referenced action regarding the status of the parties' discussions with respect to the amount of reasonable attorney's fees and costs to be paid by Defendants under the Court's July 13, 2022 order [Dkt. 117].

    The parties respectfully request that they be allowed to continue their discussions until Monday, August 1, 2022.

                              Respectfully submitted,

                              */s/ Calvin K. Koo*
                              Calvin K. Koo
                              Josef M. Klazen
                              Benjamin J.A. Sauter
                              KOBRE & KIM LLP
                              800 Third Avenue
                              New York, New York 10022

                              *Attorneys for SingularDTV GmbH*

**Americas** (New York, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**APAC** (Hong Kong, Seoul, Shanghai), **Caribbean** (BVI, Cayman Islands), **EMEA** (Cyprus, Dubai, London, Tel Aviv)

Kobre & Kim refers to Kobre & Kim llp, a New York Limited Liability Partnership.