AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| SINGULARDTV, GMBH, ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-10130 |
| ZACHARY LEBEAU and KIMBERLY JACKSON, ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Zachary LeBeau and Kimberly Jackson.

Date: 08/30/2022

/s/ Melissa Yang
*Attorney's signature*

Melissa Yang, MY-8852
*Printed name and bar number*

260 Madison Ave., 15th Floor
New York, NY 10016

*Address*

myang@rakowerlaw.com
*E-mail address*

(212) 660-5550
*Telephone number*

(212) 660-5551
*FAX number*