USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/30/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
SINGULARDTV GmbH,                              :
                                               :
                            Plaintiff,         :
            -against-                          :
                                               :    21-CV-10130 (VEC)
ZACHARY LEBEAU and KIMBERLY                    :
JACKSON,                                       :    ORDER
                                               :
                            Defendants.        :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 15, 2022, Defendants filed a motion to dismiss based in part on a forum-selection clause in a Service and Development Agreement stating that "the ordinary courts of the city of Zug, Switzerland, have exclusive jurisdiction for any disputes arising out of or in connection to" the agreement, *see* Dkt. 91; and

WHEREAS Defendants do not specify in their briefing whether they consent to jurisdiction in Zug, Switzerland;

IT IS HEREBY ORDERED that Defendants must submit a declaration confirming that they consent to jurisdiction in Zug, Switzerland, or show cause why they do not despite their invocation of the forum-selection clause not later than **Friday, October 7, 2022**.

**SO ORDERED.**

Date:  September 30, 2022
       New York, NY

_____
**VALERIE CAPRONI
United States District Judge**