UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                  :

SINGULARDTV, GMBH,         :

              :   **1:21-cv-10130 (VEC)**

         *Plaintiff*,  :

              :

        v.           :

              :   **DECLARATION OF**

ZACHARY LEBEAU and KIMBERLY JACKSON, :   **ZACHARY LEBEAU**

              :

       *Defendants*.  :

              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        Zachary LeBeau, under penalty of perjury, declares as follows:

        1.       I am a defendant in the above-captioned action. I execute this Declaration in response to the Court's Order of September 30, 2022, ordering Defendants to "submit a declaration confirming that they consent to jurisdiction in Zug, Switzerland, or show cause why they do not despite their invocation of the forum-selection clause[.]" (ECF No. 131).

        2.       I hereby confirm that I consent to jurisdiction in Zug, Switzerland over any claims brought by SingularDTV GmbH against me arising out of or in connection to the Services and Development Agreement, entered into in January 2017, as amended, including the claims set forth in the Amended Complaint (ECF No. 78).  I reserve all available and applicable defenses in the event SingularDTV GmbH asserts any claims against me in a proceeding commenced in Zug, Switzerland.

        3.       In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED:  New York, New York            Respectfully submitted,
           October 7, 2022

By: _____
      Zachary LeBeau