UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SINGULARDTV GmbH,

                      Plaintiff,

      -against-                                21 **CIVIL** 10130 (VEC)

                                                    **JUDGMENT**

ZACHARY LEBEAU and KIMBERLY
JACKSON,

                      Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 11, 2022, Defendants' motion to dismiss the complaint is granted on the grounds of forum non conveniens; accordingly, the case is closed.

**Dated:** New York, New York

      October 11, 2022

                                                          **RUBY J. KRAJICK**

                                                           _____
                                                                 **Clerk of Court**

                                      **BY:**      *K. Mango*

                                                                 _____
                                                                 **Deputy Clerk**