UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SINGULARDTV GMBH, <br><br>                 Plaintiff, <br><br> vs. <br><br> ZACHARY LEBEAU and KIMBERLY JACKSON, <br><br>                 Defendants. | Case No. 1:21-cv-10130-VEC <br><br> NOTICE OF APPEAL |

PLEASE TAKE NOTICE that Plaintiff SingularDTV GmbH hereby appeals to the United States Court of Appeals for the Second Circuit from the Court's Opinion and Order (Dkt. No. 134) and its Judgment (Dkt. No. 135), entered in this action on October 11, 2022, granting Defendants' Motion to Dismiss (Dkt. No. 91) Plaintiff's Amended Complaint (Dkt. No. 78).

Dated: November 10, 2022

    Respectfully submitted,

    */s/ Josef Maxim Klazen*
    Josef Maxim Klazen
    Calvin Kai-Xin Koo
    Victor S Leung
    KOBRE & KIM LLP
    800 Third Avenue
    New York, New York 10022

    *Attorneys for SingularDTV GmbH*

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2022, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Josef Maxim Klazen*
Josef Maxim Klazen