**MANDATE**

1:21-cv-10130-VEC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Mar 07 2023

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of March two thousand twenty-three,

_____

SingularDTV GmbH,

      Plaintiff - Appellant,

v.

Zachary LeBeau, Kimberly Jackson,

      Defendants - Appellees.

_____

**ORDER**
Docket No. 22-2922

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 03/07/2023

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the third day of March, two thousand and twenty-three,

SINGULARDTV GMBH,
Plaintiff - Appellant
v.
ZACHARY LEBEAU and
KIMBERLY JACKSON,
Defendants - Appellees

STIPULATION
Docket Number: 22-2922

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn with prejudice without costs and without attorneys' fees pursuant to FRAP 42(b).

Date: 03/02/23

Attorney for Appellant

Josef Maxim Klazen/ KOBRE & KIM LLP
Print Name and Firm

Date: 3/6/23

Attorney for Appellee

Michael C. Rakower/ RAKOWER LAW PLLC
Print Name and Firm